B1 (Official Form 1)(04/13)

| United States Bankruptcy Court | Voluntary Petition |
| Eastern District of North Carolina | |

| Name of Debtor (if individual, enter Last, First, Middle): **Vestiq Holdings, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all) **46-2001447** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **11010 Lake Grove Blvd, Suite 100 Box 355 Morrisville, NC**     ZIP Code **27560** | Street Address of Joint Debtor (No. and Street, City, and State):     ZIP Code |
| County of Residence or of the Principal Place of Business: **Wake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):     ZIP Code | Mailing Address of Joint Debtor (if different from street address):     ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)                                                                                                          Page 2

| Voluntary Petition | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Vestiq Holdings, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>   Signature of Attorney for Debtor(s)       (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                           Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **Vestiq Holdings, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Gerald A. Jeutter, Jr. NC State Bar No.**
Signature of Attorney for Debtor(s)

**Gerald A. Jeutter, Jr. NC State Bar No. 17724**
Printed Name of Attorney for Debtor(s)

**Gerald A. Jeutter, Jr., Attorney at Law PA**
Firm Name

**615 Oberlin Road, Suite 102**
**Post Office Box 12585**
**Raleigh, NC 27605**

_____
Address

**Email: jeb@jeutterlaw.com**
**919-334-6631  Fax: 919-833-9793**
Telephone Number

**April 29, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Steven M. Lutz**
Signature of Authorized Individual

**Steven M. Lutz**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**April 29, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

4/29/14 6:43AM

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court

## Eastern District of North Carolina

In re    **Vestiq Holdings, Inc.**            ,      Case No. _____

                          Debtor

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 11,307,308.94 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 245,861.87 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | 13,011,586.36 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 31 | | | |
| Total Assets | | | 11,307,308.94 | | |
| Total Liabilities | | | | 13,257,448.23 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **Vestiq Holdings, Inc.**

              Debtor

Case No. _____

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re  **Vestiq Holdings, Inc.**                                              ,     Case No. _____
                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Vestiq Holdings, Inc.**                                                                                         ,        Case No. _____
                                                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **First Citizens Bank checking account ending 7589** | **-** | **46,061.54** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  |  |
|---|---:|
| Sub-Total > | **46,061.54** |
| (Total of this page) | |

  __3__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Vestiq Holdings, Inc.**                                                ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% owner of all stock in Praelia Pharmaceuticals, Inc.** | **-** | **Unknown** |
| | | **100% owner of all stock in Vestiq Pharmaceuticals, Inc.** | **-** | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Trade accounts receivable** | **-** | **128,300.82** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >      **128,300.82**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Vestiq Holdings, Inc.** _____,  Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Pending lawsuit entitled Vestiq Holdings, Inc. v. Monosol RX, LLC and Keith Kendall Case #CGC-14-53768, in the State of California, San Francisco County Superior Court Complaint for breach of contract, breach of implied covenant of good faith and fair dealing, intentional interference, etc.** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Zuplenz License Rights** | - | **10,000,000.00** |
| | | **GelX Distribution Rights** | - | **500,000.00** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **See Attached Exhibit A (located at RXTPL)** | - | **632,946.58** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >  **11,132,946.58**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re **Vestiq Holdings, Inc.** _____,   Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 11,307,308.94 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

VESTIQ HOLDINGS, INC. (Parent Company - EIN: 46-2001447)
Praelia Pharmaceuticals, Inc. (100% Wholly Owned Subsidiary of Vestiq Holdings, Inc. - EIN: 45-4215099)
Vestiq Pharmaceuticals, Inc. (100% Wholly Owned Subsidiary of Vestiq Holdings, Inc. - EIN: 27-1321672)
Client Questionnaire for Business Debtor
As of April 15, 2014

SCHEDULE 2.8.3 - INVENTORY

License Rights

| Inventory Type | Item Code Description | Masters RXTPL | Chesapeake/Nutramed | Praelia Warehouse | Docusource | Total On Hand | | Cost Per Unit | Extended Costs |
|---|---|---|---|---|---|---|---|---|---|
| Finished Goods | Zuplenz 4MG 10's | 5,362 | | | | 5,458 | $ | 8.10 | $44,209.80 |
| Finished Goods | Zuplenz 8MG 10's | 19,996 | | | | 20,332 | $ | 8.10 | $164,689.20 |
| Finished Goods | MagBID ER 84mg | 38,008 | | | | 38,223 | $ | 3.82 | 146,011.86 |
| Finished Goods | GelX 450 ml | 7,608 | | | | 7,608 | $ | 10.00 | 76,080.00 |
| **Total - TRADE INVENTORY** | | | | | | | | | $430,990.86 |
| | | | | | | | | | |
| Samples | Demonstration Film, Peppermint | | | 23,500 | | 23,500 | $ | 0.20 | $4,700.00 |
| Samples | Zuplenz Sample Display Carton | 3,600 | | | | 3,600 | $ | 0.18 | $648.00 |
| Samples | Zuplenz 4MG 1's | 58,231 | | | | 58,319 | $ | 1.14 | $66,483.66 |
| Samples | Zuplenz 8MG 1's | 39,220 | | | | 39,316 | $ | 1.17 | $45,999.72 |
| Finished Goods | GelX 100 ml | 6,260 | | | | 6,292 | $ | 10.00 | 62,920.00 |
| **Total - SAMPLES** | | | | | | | | | $180,751.38 |
| | | | | | | | | | |
| WIP | ZUPLENZ 8mg Sample Cartons | | 13,452 | | | 13,452 | $ | 0.11 | $1,479.72 |
| WIP | ZUPLENZ 8mg Trade Cartons | | 28,160 | | | 28,160 | $ | 0.11 | $3,097.60 |
| WIP | ZUPLENZ 4mg Sample Cartons | | 11,705 | | | 11,705 | $ | 0.09 | $1,053.45 |
| WIP | ZUPLENZ 4mg Trade Cartons | | 62,177 | | | 62,177 | $ | 0.09 | $5,595.93 |
| WIP | ZUPLENZ OUTSERTS | | 27 | | | 27 | $ | 0.08 | $2.16 |
| WIP | ZUPLENZ Directional Cards | | 221,319 | | | 221,319 | $ | 0.01 | $2,213.19 |
| **Total WIP - COMPONENTS** | | | | | | | | | $13,442.05 |
| | | | | | | | | | |
| Printed Material | Zuplenz Copay Coupons | | | | 9,630 | 9,630 | $ | 0.17 | $1,675.62 |
| Printed Material | Zuplenz Dosing Cards | | | | 6,175 | 6,175 | $ | 0.41 | $2,558.24 |
| Printed Material | Zuplenz MVA | | | | 50 | 50 | $ | - | $0.00 |
| Printed Material | Zuplenz Pis | | | | 14,125 | 14,125 | $ | 0.08 | $1,121.53 |
| Printed Material | Oravig Copay Coupon | | | | 11,850 | 11,850 | $ | 0.17 | $2,061.90 |
| Printed Material | Oravig Dosing Cards | | | | - | - | $ | 0.32 | $0.00 |
| Printed Material | Oravig MVA | | | | 75 | 75 | $ | 4.60 | $345.00 |
| **Total - PRINTED MATERIAL** | | | | | | | | | $7,762.29 |
| **Total - INVENTORY IN VESTIQ'S POSSESSION** | | | | | | | | | $632,946.58 |

Exhibit A

Rev. 12/2009

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

IN THE MATTER OF:                                                                          CASE NUMBER:
**Vestiq Holdings, Inc.**
    Debtor(s).

SCHEDULE C-1 - PROPERTY CLAIMED AS EXEMPT

I,   **Steven M. Lutz**  , claim the following property as exempt pursuant to 11 U.S.C. § 522 and the laws of the State of North Carolina, and nonbankruptcy Federal law: **(Attach additional sheets if necessary)**.

1. NCGS 1C-1601(a)(1) (NC Const., Article X, Section 2) REAL OR PERSONAL PROPERTY USED AS A RESIDENCE OR BURIAL PLOT (The exemption is not to exceed $35,000; however, an unmarried debtor who is 65 years of age or older is entitled to retain an aggregate interest in the property not to exceed $60,000 in value so long as the property was previously owned by the debtor as a tenant by the entireties or as a joint tenant with rights of survivorship and the former co-owner of the property is deceased, in which case the debtor must specify his/her age and the name of the former co-owner, if a child use initials only, of the property below).

| Description of Property and Address | Market Value | Owner (H)Husband (W)Wife (J)Joint | Mortgage Holder or Lien Holder | Amount of Mortgage or Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(1) |
|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | |

Debtor's Age:     _____
Name of former co-owner:   _____

**VALUE OF REAL ESTATE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(1):  $      0.00**

2. NCGS 1C-1601(a)(3) MOTOR VEHICLE (The exemption in one vehicle is not to exceed $3,500.)

| Model, Year Style of Auto | Market Value | Owner (H)Husband (W)Wife (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(3) |
|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | |

**VALUE OF MOTOR VEHICLE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(3):  $      0.00**

3. NCGS 1C-1601(a)(4) (NC Const., Article X, Section 1) PERSONAL OR HOUSEHOLD GOODS (The debtor's aggregate interest is not to exceed $5,000 plus $1,000 for each dependent of the debtor, not to exceed $4,000 total for dependents). The number of dependents for exemption purposes is **0**.

| Description of Property | Market Value | Owner (H)Husband (W)Wife (J)Joint | Lien Holder | Amount of Lien | Net Value | Claimed as Exempt Pursuant to NCGS 1C-1601(a)(4) |
|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | |

**VALUE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(4):  $      0.00**

4. NCGS 1C-1601(a)(5) TOOLS OF TRADE (The debtor's aggregate interest is not to exceed $2,000 in value).

| Description | Market Value | Owner (H)Husband (W)Wife (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(5) |
|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | |

**VALUE CLAIMED AS EXEMPT  PURSUANT TO NCGS 1C-1601(a)(5):  $      0.00**

5. NCGS 1C-1601(a)(6) LIFE INSURANCE (NC Const., Article X, Section 5).

| Description\Insured\Last Four Digits of Policy Number\Beneficiary(if child, initials only) | | | Cash Value |
|---|---|---|---|
| **-NONE-** | | | |

Schedule C-1 - Property Claimed as Exempt - 12/2009

6.  NCGS 1C-1601(a)(7) PROFESSIONALLY PRESCRIBED HEALTH AIDS (For Debtor or Debtor's Dependents, no limit on value).

| Description |
| --- |
| -NONE- |

7.  NCGS 1C-1601(a)(8)  COMPENSATION FOR PERSONAL INJURY, INCLUDING COMPENSATION FROM PRIVATE DISABILITY POLICIES OR ANNUITIES, OR COMPENSATION FOR DEATH OF A PERSON UPON WHOM THE DEBTOR WAS DEPENDENT FOR SUPPORT. COMPENSATION NOT EXEMPT FROM RELATED LEGAL, HEALTH OR FUNERAL EXPENSE.

| Description AND Source of Compensation, Including Name (If child, initials only) & Last Four Digits of Account Number of any Disability Policy/Annuity |
| --- |
| -NONE- |

8. NCGS 1C-1601(a)(2) ANY PROPERTY (Debtor's aggregate interest in any property is not to exceed $5,000 in value of any unused exemption amount to which the debtor is entitled under NCGS 1C-1601(a)(1)).

| Description of Property and Address | Market Value | Owner (H)Husband (W)Wife (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(2) |
| --- | --- | --- | --- | --- | --- | --- |
| -NONE- | | | | | | |

VALUE CLAIMED AS EXEMPT  PURSUANT TO NCGS 1C-1601(a)(2):  $        0.00

9.  NCGS 1C-1601(a)(9) and 11 U.S.C. § 522  INDIVIDUAL RETIREMENT PLANS & RETIREMENT FUNDS, as defined in the Internal Revenue Code, and any plan treated in the same manner as an individual retirement plan, including individual retirement accounts and Roth retirement accounts as described in §§ 408(a) and 408A of the Internal Revenue Code, individual retirement annuities as described in § 408(b) of the Internal Revenue Code, accounts established as part of a trust described in § 408(c) of the Internal Revenue Code, and funds in an account exempt from taxation under § 401, 403, 408, 408A, 414, 457, or 510(a) of the Internal Revenue Code. For purposes of this subdivision, "Internal Revenue Code" means Code as defined in G.S. 105-228.90.

| Type of Account\Location of Account\Last Four Digits of Account Number |
| --- |
| -NONE- |

10.  NCGS 1C-1601(a)(10) FUNDS IN A COLLEGE SAVINGS PLAN, as qualified under § 529 of the Internal Revenue Code, and that are not otherwise excluded from the estate pursuant to 11 U.S.C. §§ 541(b)(5)-(6), (e), not to exceed a cumulative limit of $25,000. If funds were placed in a college savings plan within the 12 months prior to filing, the contributions must have been made in the ordinary course of the debtor's financial affairs and must have been consistent with the debtor's past pattern of contributions. The exemption applies to funds for a child of the debtor that will actually be used for the child's college or university expenses.

| College Savings Plan\Last Four Digits of Account Number\Value\Initials of Child Beneficiary |
| --- |
| -NONE- |

11.  NCGS 1C-1601(a)(11) RETIREMENT BENEFITS UNDER THE RETIREMENT PLANS OF OTHER STATES AND GOVERNMENTAL UNITS OF OTHER STATES (The debtor's interest is exempt only to the extent that these benefits are exempt under the laws of the state or governmental unit under which the benefit plan is established).

| Name of Retirement Plan\State Governmental Unit\Last Four Digits of Identifying Number |
| --- |
| -NONE- |

12.  NCGS 1C-1601(a)(12) ALIMONY, SUPPORT, SEPARATE MAINTENANCE, AND CHILD SUPPORT PAYMENTS OR FUNDS THAT HAVE BEEN RECEIVED OR TO WHICH THE DEBTOR IS ENTITLED  (The debtor's interest is exempt to the extent the payments or funds are reasonably necessary for the support of the debtor or any dependent of the debtor).

| Type of Support\Amount\Location of Funds |
| --- |
| -NONE- |

13.  TENANCY BY THE ENTIRETY.  The following property is claimed as exempt pursuant to 11 U.S.C. § 522 and the law of the State of North Carolina pertaining to property held as tenants by the entirety.

| Description of Property and Address | Market Value | Lien Holder | Amount of Lien | Net Value |
| --- | --- | --- | --- | --- |
| -NONE- | | | | |

VALUE CLAIMED AS EXEMPT:  $        0.00

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

14.  NORTH CAROLINA PENSION FUND EXEMPTIONS

| -NONE- | |
|--------|--|

15.  OTHER EXEMPTIONS CLAIMED UNDER LAWS OF THE STATE OF NORTH CAROLINA

| -NONE- | |
|--------|--|

16.  FEDERAL PENSION FUND EXEMPTIONS

| -NONE- | |
|--------|--|

17.  OTHER EXEMPTIONS CLAIMED UNDER NONBANKRUPTCY FEDERAL LAW

| -NONE- | |
|--------|--|

18.  RECENT PURCHASES

(a).  List tangible personal property purchased by the debtor within ninety (90) days of the filing of the bankruptcy petition.

| Description | Market Value | Lien Holder | Amount of Lien | Net Value |
|-------------|--------------|-------------|----------------|-----------|
| -NONE- | | | | |

(b).  List any tangible personal property from 18(a) that is directly traceable to the liquidation or conversion of property that may be exempt and that was not acquired by transferring or using additional property.

| Description of Replacement Property | Description of Property Liquidated or Converted that May Be Exempt |
|-------------------------------------|-------------------------------------------------------------------|
| | |

19. The debtor's property is subject to the following claims:

a.       Of the United States or its agencies as provided by federal law.

b.       Of the State of North Carolina or its subdivisions for taxes, appearance bonds or fiduciary bonds;

c.       Of a lien by a laborer for work done and performed for the person claiming the exemption, but only as to the specific property affected.

d.       Of a lien by a mechanic for work done on the premises, but only as to the specific property affected.

e.       For payment of obligations contracted for the purchase of specific real property affected.

f.       For contractual security interests in specific property affected; provided, that the exemptions shall apply to the debtor's household goods notwithstanding any contract for a nonpossessory, nonpurchase money security interest in any such goods.

g.       For statutory liens, on the specific property affected, other than judicial liens.

h.       For child support, alimony or distributive award order pursuant to Chapter 50 of the General Statutes of North Carolina.

i.       For criminal restitution orders docketed as civil judgments pursuant to G.S. 15A-1340.38.

j.       Debts of a kind specified in 11 U.S.C. § 523(a)(1) (certain taxes), (5) (domestic support obligations).

k.       Debts of a kind specified in 11 U.S.C. § 522(c).

| Claimant | Nature of Claim | Amount of Claim | Description of Property | Value of Property | Net Value |
|----------|-----------------|-----------------|-------------------------|-------------------|-----------|
| -NONE- | | | | | |

None of the property listed in paragraph 18(a), except qualified replacement property under 18(b), has been included in this claim of exemptions.

None of the claims listed in paragraph 19 is subject to this claim of exemptions.

I declare that to the extent any exemptions I have claimed appear on its face to exceed the amount allowed by the applicable statute, I claim only the maximum amount allowed by statute.

**UNSWORN DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF INDIVIDUAL**
**TO SCHEDULE C-1 - PROPERTY CLAIMED AS EXEMPT**

I,    **Steven M. Lutz**    , declare under penalty of perjury that I have read the foregoing Schedule C-1 - Property Claimed as Exempt, consisting of 4 sheets, and that they are true and correct to the best of my knowledge, information and belief.

Executed on:  **April 29, 2014**                               **/s/ Steven M. Lutz**
                                                                                                                    **Steven M. Lutz**
                                                                                                                                        Debtor

B6D (Official Form 6D) (12/07)

In re   **Vestiq Holdings, Inc.** _____,   Case No. _____
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| **0** continuation sheets attached | | | Subtotal (Total of this page) | | | | | |
| | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

B6E (Official Form 6E) (4/13)

In re   **Vestiq Holdings, Inc.**                              ,      Case No. _____
<br>                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re **Vestiq Holdings, Inc.** _____ ,        Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | | |
| Account No. | | | | Payroll in arrears | | | | | | 74,191.66 |
| **Chenyqua Shepard** **342 Crimson Oak Drive** **Durham, NC 27713** | - | | | | | | | 86,666.66 | | 12,475.00 |
| Account No. | | | | Payroll in arrears | | | | | | 146,720.21 |
| **Steven Lutz** **123 Trellingwood Drive** **Morrisville, NC 27560** | - | | | | | | | 159,195.21 | | 12,475.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

| | | |
|---|---|---|
| Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 220,911.87 |
| | | 245,861.87 | 24,950.00 |
| | Total (Report on Summary of Schedules) | 220,911.87 |
| | | 245,861.87 | 24,950.00 |

B6F (Official Form 6F) (12/07)

In re   **Vestiq Holdings, Inc.**                                                                    ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor has no individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Accellos, Inc.** **Attn:  Officer/Managing Agent** **625 E. North Broadway** **Columbus, OH 43214** | - | | | | | | **1,657.17** |
| Account No. | | | | | | | |
| **Ahold USA & Subsidiaries** **Attn:  Officer/Managing Agent** **8301 Professional Place, Ste 115** **Hyattsville, MD 20785** | - | | | | | | **Unknown** |
| Account No. | | | Trade debt | | | | |
| **Alert Marketing** **Attn:  Officer/Managing Agent** **100 Avenue of the Americas, 9th Fl.** **New York, NY 10013** | - | | | | | | **22,485.00** |
| Account No. | | | Trade debt | | | | |
| **AmerisourceBergen Drug Corporation** **Attn:  Officer/Managing Agent** **1300 Morris Drive, Suite 100** **Wayne, PA 19087** | - | | | | | | **88,314.80** |
| __14__  continuation sheets attached | | | Subtotal (Total of this page) | | | | **112,456.97** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                     S/N:38369-140423    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Vestiq Holdings, Inc.** _____,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Anda Incorporated** **Attn:  Officer/Managing Agent** **Accounts Payable** **Fort Lauderdale, FL 33331** | - | | | | | | | **Unknown** |
| Account No. | | | | Attorney's fees | | | | |
| **Arnall Golden Gregory, LLP** **Attn:  Officer/Managing Agent** **171 17th Street NW Suite 2100** **Atlanta, GA 30363-1031** | - | | | | | | | **2,415.00** |
| Account No. | | | | Trade debt | | | | |
| **Avaria Networks, Inc.** **Attn:  Officer/Managing Agent** **5540 Centerview Drive, Suite 200** **Raleigh, NC 27606** | - | | | | | | | **2,218.00** |
| Account No. | | | | Consulting fees | | | | |
| **Bell Canyon Consulting, LLC** **Attn:  Officer/Managing Agent** **21461 Birdhollow Drive** **Trabuco Canyon, CA 92679** | - | | | | | | | **283,495.13** |
| Account No. | | | | | | | | |
| **Bellco Drug Co.** **Attn:  Officer/Managing Agent** **5500 New Horizons Blvd** **Amityville, NY 11701-1156** | - | | | | | | | **Unknown** |

Sheet no. __1__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**288,128.13**

B6F (Official Form 6F) (12/07) - Cont.

In re **Vestiq Holdings, Inc.** _____,  Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. | | | Trade debt - $115,000.00 License Agreement - $400,000.00 Royalties - $33,000.00 | | | | |
| BMG Pharma SRL Attn: Officer/Managing Agent 1312 Coral Drive Coppell, TX 75019 | - | | | | | | 548,000.00 |
| Account No. | | | | | | | |
| Burlington Drug Company Attn: Officer/Managing Agent 91 Catamount Drive, Suite 1 Milton, VT 05468-3236 | - | | | | | | Unknown |
| Account No. | | | | | | | |
| Capital Wholesale Drug Company Attn: Officer/Managing Agent 873 Williams Avenue Columbus, OH 43212 | - | | | | | | Unknown |
| Account No. | | | Accounting fees | | | | |
| CapVal-American Business Appraisers Attn: Officer/Managing Agent 6 Thackeray Place Durham, NC 27707 | - | | | | | | 4,180.00 |
| Account No. | | | | | | | |
| Cardinal Health Attn: Officer/Managing Agent Accounts Payable Columbus, OH 43218 | - | | | | | | Unknown |

Sheet no. __2__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                             552,180.00

4/29/14  6:43AM

B6F (Official Form 6F) (12/07) - Cont.

In re   **Vestiq Holdings, Inc.**                                              ,     Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| CaremarkPCS Health, LLC Attn: Officer/Managing Agent 1950 N. Stemmons Fwy, Suite 5010 Dallas, TX 75207 | - | | | | | | 245,342.75 |
| Account No. | | | Shareholder notes | | | | |
| Chenyqua Shepard 342 Crimson Oak Drive Durham, NC 27713 | - | | | | | | 147,727.32 |
| Account No. | | | Trade debt | | | | |
| Chesapeake Pharmaceutical Packaging Attn: Officer/Managing Agent P.O. Box 910 Hicksville, NY 11802-0910 | - | | | | | | 19,746.96 |
| Account No. | | | | | | | |
| CVS Pharmacy, Inc. Attn: Officer/Managing Agent One CVS Drive, MC RPM695 Woonsocket, RI 02895 | - | | | | | | Unknown |
| Account No. | | | Shareholder note | | | | |
| Dallas Ledlow 315 Homestead Drive Cary, NC 27513 | - | | | | | | 231,191.78 |

Sheet no. __3__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **644,008.81**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Vestiq Holdings, Inc.**                                          ,    Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Discount Drug Mart** Attn:  Officer/Managing Agent 211 Commerce Drive Medina, OH 44256 | - | | | | | | Unknown |
| Account No. **Docusource** Attn:  Officer/Managing Agent 2800 Slater Road Morrisville, NC 27560 | - | | Trade debt | | | | 25,981.85 |
| Account No. **Dr. E. E. Cho** 4198 Summer Ave., Suite 102 Memphis, TN 38122-4004 | - | | | | | | Unknown |
| Account No. **Dr. Robert Mittman** 38-21 Bell Blvd Bayside, NY 11361-2058 | - | | | | | | Unknown |
| Account No. **EPIC Brand Group, LLC** Attn:  Officer/Managing Agent 7519 Fernbridge Drive New Albany, OH 43054 | - | | Marketing fees | | | | 3,000.00 |

Sheet no. __4__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        | 28,981.85 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Vestiq Holdings, Inc.** ,                                              Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Food and Drug Administration Attn:  Officer/Managing Agent P.O. Box 979107 Saint Louis, MO 63197-9000** | - | | | | | | **1,633,471.50** |
| Account No. | | | | | | | |
| **Frank W. Kerr Company Attn:  Officer/Managing Agent 43155 W. Nine Mile Road Novi, MI 48376** | - | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **H.D. Smith P.O. Box 158 Springfield, IL 62705** | - | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **H.E. Butt Grocery Company Attn:  Officer/Managing Agent Accounts Payable San Antonio, TX 78283** | - | | | | | | **Unknown** |
| Account No. | | | Trade debt | | | | |
| **Intelligent Technologies Attn:  Officer/Managing Agent 12-C Oak Branch Drive Greensboro, NC 27407** | - | | | | | | **300.00** |

Sheet no. __5___ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,633,771.50**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Vestiq Holdings, Inc.** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. | | | | Shareholder note | | | | |
| John McMahon 6204 Crystal Pointe Drive Louisville, KY 40299 | | - | | | | | | 405,381.72 |
| Account No. | | | | Shareholder notes | | | | |
| Keith Searcy 2664 Algonquin Parkway Toledo, OH 43606 | | - | | | | | | 27,470.10 |
| Account No. | | | | | | | | |
| Kroger Limited Partnership Attn: Officer/Managing Agent P.O. Box 305261 Nashville, TN 37230-5261 | | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| L & E Distributors, Inc. Attn: Officer/Managing Agent 182 Industrial Avenue Roanoke, AL 36274 | | - | | | | | | Unknown |
| Account No. | | | | FDA Services | | | | |
| Malvern Consulting Group Attn: Officer/Managing Agent 490 Lapp Road Malvern, PA 19355 | | - | | | | | | 11,409.00 |

Sheet no. __6__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     444,260.82

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vestiq Holdings, Inc.**                                            ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Martin Baum<br>6012 Farm Pond Road<br>Apex, NC 27523 | - | | Lawsuit | | | | Unknown |
| Account No.<br><br>Masters TPL<br>Attn:  Officer/Managing Agent<br>P.O. Box 713769<br>Cincinnati, OH 45271-3769 | - | | Trade debt | | | | 23,487.70 |
| Account No.<br><br>McKesson Drug<br>Attn:  Officer/Managing Agent<br>P.O. Box 4017<br>Danville, IL 61834-4017 | - | | | | | | Unknown |
| Account No.<br><br>Millenium Media LLC<br>Attn:  Officer/Managing Agent<br>3 Chaser Court<br>Holmdel, NJ 07733 | - | | Trade debt | | | | 9,189.00 |
| Account No.<br><br>Monosol RX, LLC<br>Attn:  Officer/Managing Agent<br>6560 Melton Road<br>Portage, IN 46368 | - | | Trade debt - $18,593.40<br>Royalties - $627,581.00<br>License Agreement - $1,251,240.00<br>Lawsuit - unknown | | | | 1,897,414.40 |

Sheet no. __7__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **1,930,091.10**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Vestiq Holdings, Inc.**                                    ,         Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **Morris & Dickson Co., LLC** Attn: Officer/Managing Agent P.O. Box 51367 Shreveport, LA 71135 | - | | | | | | | Unknown |
| Account No. **Moshir Jacob** 9329 Tranquil Breeze Lane Sylvania, OH 43560 | - | | | Shareholder note | | | | 27,000.00 |
| Account No. **Nathan Hill** 2850 River Road Maumee, OH 43537 | - | | | Trade debt | | | | 527.49 |
| Account No. **Nathan Hill** 2850 River Road Maumee, OH 43537 | - | | | Shareholder note and IRA | | | | 313,080.60 |
| Account No. **NC Mutual Wholesale Drug Co.** Attn: Officer/Managing Agent P.O. Box 411 Durham, NC 27703 | - | | | | | | | Unknown |

Sheet no. __8__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**340,608.09**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Vestiq Holdings, Inc.**                                            ,         Case No. _____
                                          **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Neos Therapeutics, LLC Attn:  Officer/Managing Agent 2940 N. Hwy 360, Suite 100 Grand Prairie, TX 75050 | - | | | | | | | 56,393.89 |
| Account No. | | | | Trade debt | | | | |
| NewClients, Inc. Attn:  Officer/Managing Agent 3900 Gaskins Road Henrico, VA 23233 | - | | | | | | | 4,208.71 |
| Account No. | | | | Royalties | | | | |
| Niche Pharmaceuticals, Inc. Attn:  Officer/Managing Agent 580 Commerce Street, Suite 100 Southlake, TX 76092 | - | | | | | | | 653.40 |
| Account No. | | | | | | | | |
| NuroPharma, Inc. Attn:  Officer/Managing Agent 6380 Polaris Ave., Unit B Las Vegas, NV 89118-3821 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Oncology Supply Company Attn:  Officer/Managing Agent 2811 Horace Shepard Dr. Dothan, AL 36303-1038 | - | | | | | | | Unknown |

Sheet no. __9___ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

61,256.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Vestiq Holdings, Inc.**                                      ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Pharmacy Buying Association Attn:  Officer/Managing Agent 1825 N.W. Vivion Road Kansas City, MO 64120 | - | | | | | | | **Unknown** |
| Account No. | | | | Finance Agreement for company insurance | | | | |
| Premium Assignment Corp. Attn:  Officer/Managing Agent 3522 Thomasville Road Tallahassee, FL 32314 | - | | | | | | | 47,864.64 |
| Account No. | | | | Trade debt | | | | |
| Publix Super Markets, Inc. Attn:  Officer/Managing Agent P.O. Box 32009 Lakeland, FL 33802-2009 | - | | | | | | | 379.20 |
| Account No. | | | | FDA/Regulatory Services | | | | |
| Regulatory Compliance Initiatives Attn:  Officer/Managing Agent P.O. Box 95651 Las Vegas, NV 89193 | - | | | | | | | 32,103.55 |
| Account No. | | | | Trade debt | | | | |
| Relay Health Attn:  Officer/Managing Agent P.O. Box 742532 Atlanta, GA 30374-2532 | - | | | | | | | 36,856.44 |

Sheet no. __10__ of __14__ sheets attached to Schedule of        Subtotal        117,203.83
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Vestiq Holdings, Inc.**                                    ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Rite Aid** **Attn:  Officer/Managing Agent** **P.O. Box 3165** **Harrisburg, PA 17105** | - | | | | | | **Unknown** |
| Account No. | | | Shareholder note and IRA | | | | |
| **Robert Kalb** **4300 Sunforest Court, Suite 119** **Toledo, OH 43623** | - | | | | | | **1,059,540.90** |
| Account No. | | | | | | | |
| **Rochester Drug Cooperative, Inc.** **Attn:  Officer/Managing Agent** **50 Jet View Drive** **Rochester, NY 14624** | - | | | | | | **Unknown** |
| Account No. | | | Coupon Management | | | | |
| **Rx Sample Solutions, Inc.** **Attn:  Officer/Managing Agent** **701 Exposition Place, Suite 206** **Raleigh, NC 27615** | - | | | | | | **67,750.00** |
| Account No. | | | FDA Services | | | | |
| **Secure Submissions, Inc.** **Attn:  Officer/Managing Agent** **P.o. Box 49612** **Colorado Springs, CO 80949** | - | | | | | | **7,500.00** |

Sheet no. __11__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **1,134,790.90**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Vestiq Holdings, Inc.**                                         ,        Case No. _____
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Smith Drug Company Attn:  Officer/Managing Agent P.O. Box 1779 Spartanburg, SC 29304-1779 | - | | | | | | Unknown |
| Account No. | | | Trade debt | | | | |
| Source Healthcare Analytics, LLC Attn:  Officer/Managing Agent P.O. Box 277158 Atlanta, GA 30384-7158 | - | | | | | | 46,586.00 |
| Account No. | | | Shareholder notes | | | | |
| Steven Lutz 123 Trellingwood Drive Morrisville, NC 27560 | - | | | | | | 1,127,879.84 |
| Account No. | | | Managed Care Services | | | | |
| Synopia Attn:  Officer/Managing Agent 270 Cornerstone Drive, Suite 103 Cary, NC 27519 | - | | | | | | 62,571.05 |
| Account No. | | | Attorney's fees | | | | |
| The Layfield Law Firm Attn:  Officer/Managing Agent 525 South Douglas Street, Ste 280 El Segundo, CA 90245 | - | | | | | | 115,958.75 |

Sheet no. __12__ of __14__ sheets attached to Schedule of          Subtotal                  | 1,352,995.64 |
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vestiq Holdings, Inc.** , Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Shareholder note | | | | |
| Trond and Wendy Waerness 928 Oak Creek Road Raleigh, NC 27615 | | - | | | | | | 117,671.23 |
| Account No. | | | | Trade debt | | | | |
| TW Telecom Attn:  Officer/Managing Agent P.O. Box 172567 Denver, CO 80271-2567 | | - | | | | | | 393.63 |
| Account No. | | | | | | | | |
| Value Drug Company Attn:  Officer/Managing Agent One Golf View Drive Altoona, PA 16601 | | - | | | | | | Unknown |
| Account No. | | | | Trade debt | | | | |
| Vanguard Pharma, LLC Attn:  Officer/Managing Agent 40 Hampshire Road Mahwah, NJ 07430 | | - | | | | | | 4,164,252.68 |
| Account No. | | | | | | | | |
| Walgreen Company Attn:  Officer/Managing Agent 14130 Collections, WAG Finance Lock Chicago, IL 60693 | | - | | | | | | Unknown |

Sheet no. __13__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,282,317.54

B6F (Official Form 6F) (12/07) - Cont.

In re    **Vestiq Holdings, Inc.**                                                    ,    Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Windstream Communications Attn:  Officer/Managing Agent P.O. Box 9001950 Louisville, KY 40290-1950 | - | | | | | | | 304.89 |
| Account No. | | | | | | | | |
| Winn-Dixie Stores, Inc. Attn:  Officer/Managing Agent 505 Edgewood Ct. Jacksonville, FL 32254-3601 | - | | | | | | | Unknown |
| Account No. | | | | Attorney's fees | | | | |
| Wyrick Robbins Yates & Ponton, LLP Attn:  Officer/Managing Agent 4101 Lake Boone Trail, Suite 300 Raleigh, NC 27607 | - | | | | | | | 88,230.29 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __14__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 88,535.18 |
| | Total (Report on Summary of Schedules) | 13,011,586.36 |

B6G (Official Form 6G) (12/07)

.

In re   **Vestiq Holdings, Inc.**_____ ,   Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **AmerisourceBergen Drug Corporation**<br>**Attn:  Officer/Managing Agent**<br>**1300 Morris Drive, Suite 100**<br>**Wilmington, DE 19807-5594** | **Distribution Services Agreement** |
| **Avaria Networks, Inc.**<br>**Attn:  Officer/Managing Agent**<br>**5540 Centerview Drive, Suite 200**<br>**Raleigh, NC 27606** | **IT/Phone Services** |
| **BioAlliance** | **Pharmacovigilance Exchange Procedure Safety Data Exchange Agreement**<br>**License and Supply Agreement** |
| **BMG Pharma SRL**<br>**1312 Coral Drove**<br>**Coppell, TX 75019** | **GelX Quality Agreement and Amendment** |
| **Capital Wholesale**<br>**873 Williams Ave.**<br>**Columbus, OH 43212** | **Fee for Services Offer** |
| **Cardinal Health** | **National Logistics Center Agreement**<br>**Wholesale Purchase Agreement** |
| **CaremarkPCS Health, LLC**<br>**Attn:  Officer/Managing Agent**<br>**1950 N. Stemmons Fwy, Suite 5010**<br>**Dallas, TX 75207** | **Caremark Rebate Agreement** |
| **Chenyqua Shepard**<br>**342 Crimson Oak Drive**<br>**Durham, NC 27713** | **Employment contract** |
| **Chesapeake Pharmaceutical Packaging**<br>**Attn:  Officer/Managing Agent**<br>**P.O. Box 910**<br>**Hicksville, NY 11802-0910** | **Zuplenz Packaging** |
| **HD Smith Wholesalers** | **Wholesaler Services and Inventory Management Agreement** |
| **John V. Aiken**<br>**1308 Palace Garden Way**<br>**Raleigh, NC 27603** | **Employment Termination Debt and Conversion and General Release**<br>**Consulting Agreement** |

**2**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **Vestiq Holdings, Inc.**                                                                      Case No. _____
_____ ,
                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Masters TPL**<br>**Attn:  Officer/Managing Agent**<br>**P.O. Box 713769**<br>**Cincinnati, OH 45271-3769** | **Warehouse and Distribution Services** |
| **McKesson** | **Distribution Services Agreement** |
| **Monosol RX**<br>**Attn:  Officer/Managing Agent**<br>**6560 Melton Road**<br>**Portage, IN 46368** | **License and Supply Agreement and Amendments**<br>**Zuplenz Quality Agreement**<br>**Forbearance Agreement** |
| **NDC Health Corporation**<br>**dba RelayHealth** | **$0 Copay Program** |
| **Niche Pharmaceuticals, Inc.** | **License Manufacturing and Supply Agreement** |
| **NuroPharma Specialty Pharmacy** | **Specialty Pharmacy Distributor Agreement** |
| **Preston S. Edmondson** | **Separation and Release Agreement** |
| **Randall J. Acoste**<br>**5829 E. Lawrence Ct.**<br>**Orange, CA 92867** | **Employment Termination Debt and Conversion**<br>**and General Release**<br>**Consulting Agreement** |
| **Regulatory Compliance Initiatives** | **Consulting Agreement -**<br>**QA/Regulatory/Pharmacovigilience** |
| **Robert Gentzel**<br>**108 Whitlock Lane**<br>**Cary, NC 27513** | **Employment Termination Debt and Conversion**<br>**and General Release**<br>**Consulting Agreement** |
| **Rx Sample Solutions, Inc.**<br>**Attn:  Officer/Managing Agent**<br>**701 Exposition Place, Suite 206**<br>**Raleigh, NC 27615** | **$0 Copay voucher program** |
| **Sandra Wall** | **Independent Contractor Agreement - Government**<br>**Pricing** |
| **Secretary of Health and Human Svcs.** | **Medicare Coverage Gap Discount Program**<br>**Agreement**<br>**Pharmaceutical Pricing Agreement** |
| **Smith Drug Company** | **Pay for Performance Agreement** |
| **Steven Lutz**<br>**123 Trellingwood Drive**<br>**Morrisville, NC 27560** | **Employment Agreement** |

Sheet  __1__  of  __2__  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

In re   **Vestiq Holdings, Inc.**                          ,       Case No. _____

_____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **The Layfield Law Firm**<br>**Attn:  Officer/Managing Agent**<br>**525 South Douglas Street, Ste 280**<br>**El Segundo, CA 90245** | **Agreements for Representation** |
| **Third Party Administrator** | **Medicare Coverage Gap Discount Data Agreement** |
| **Torreya Partners** | **Engagement Agreement to Assist in sale of Praelia/Vestiq** |
| **Vanguard Pharma CSO** | **Master Services Agreement** |
| **Wade Harper** | **Employment Agreement** |
| **Womens Choice Pharmaceuticals, Inc** | **Zuplenz Copromotion Agreement** |
| **WS&P Wholesale**<br>**9330 Corporate Drive, Suite 205**<br>**Schertz, TX 78154** | **Asset Purchase Agreement** |

Sheet  __**2**__  of  __**2**__  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                      Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Vestiq Holdings, Inc.**                                          ,    Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■    Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **Vestiq Holdings, Inc.**         Case No. _____

                          Debtor(s)         Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **33**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **April 29, 2014** _____      Signature    **/s/ Steven M. Lutz** _____

                                                       **Steven M. Lutz**

                                                       **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re __Vestiq Holdings, Inc.__                                     Case No. _____

                                            Debtor(s)          Chapter     __7__

# STATEMENT OF FINANCIAL AFFAIRS

       This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

       Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

       *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

       *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$188,052.00** | **2014 YTD product sales before any allowances** |
| **$3,218,768.00** | **2013 product sales before any allowances** |
| **$10,747,535.00** | **2012 product sales before allowances** |

---

**2. Income other than from employment or operation of business**

None
■

    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

          AMOUNT                      SOURCE

B7 (Official Form 7) (04/13)

2

### 3. Payments to creditors

**None**
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None**
□

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **American Express**<br>**Attn:  Managing Agent**<br>**P.O. Box 650448**<br>**Dallas, TX 75265-0448** | 1/9/14 - $24,941.09<br>2/5/14 - $  8,092.09<br>2/18/14 - $4,676.01 | **$37,709.19** | **$0.00** |
| **Corporation Service Company**<br>**2711 Centerville Road**<br>**Wilmington, DE 19808** | Payments from 2/21/2014<br>through 3/19/2014 | **$18,213.35** | **$0.00** |
| **Guardian Life Insurance Company**<br>**P.O. Box 824404**<br>**Philadelphia, PA 19182-4404** | Payment of $1631.78 on<br>1/16/14; 2/6/14;<br>3/12/14; 4/8/14 and $1437.73<br>on 4/22/14 | **$7,964.85** | **$0.00** |
| **Hughes Pittman & Gupton, LLP**<br>**1500 Sunday Drive**<br>**Raleigh, NC 27607** | 1/23/14 | **$18,000.00** | **$0.00** |
| **The Layfield Law Firm**<br>**Attn:  Officer/Managing Agent**<br>**525 South Douglas Street, Ste 280**<br>**El Segundo, CA 90245** | 1/27/14 - $40,000.00;<br>2/14/14 - $10,000.00;<br>3/3/14 - $10,000.00;<br>4/2/14 - $10,000.00 | **$70,000.00** | **$115,958.75** |
| **Masters TPL**<br>**Attn:  Officer/Managing Agent**<br>**P.O. Box 713769**<br>**Cincinnati, OH 45271-3769** | 2/12/14 - $5,000.00; 3/19/14 -<br>$5,000.00 | **$10,000.00** | **$23,487.70** |
| **Premium Assignment Corporation**<br>**P.O. Box 8000**<br>**Tallahassee, FL 32314-8000** | 2/1/14 - $7,002.54;<br>3/1/14 - $7,977.44;<br>4/1/14 - $7,977.44 | **$22,957.42** | **$0.00** |
| **Relay Health**<br>**Attn:  Officer/Managing Agent**<br>**P.O. Box 742532**<br>**Atlanta, GA 30374-2532** | Payments between1/23/14<br>and 4/8/14 | **$125,205.95** | **$51,049.49** |

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)                                                                                                                          3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **United Healthcare**<br>**Attn:  Officer/Managing Agent**<br>**2525 Lake Park Blvd.**<br>**Salt Lake City, UT 84120** | **2/5/14 - $5588.27;**<br>**3/10/14 - $5307.24;**<br>**4/7/14 - $5481.26; and**<br>**4/22/14 - $4950.22** | **$21,326.99** | **$0.00** |
| **Vanguard Pharma, LLC**<br>**Attn:  Officer/Managing Agent**<br>**40 Hampshire Road**<br>**Mahwah, NJ 07430** | **2/4/14** | **$50,000.00** | **$4,164,252.68** |
| **Sandra Wall**<br>**10394 Lake Royalle Road**<br>**Spring Hope, NC 27882** | **2/5/14 - $6,004.57;**<br>**2/14/14 - $2,880.00;**<br>**4/10/14 - $660.00**<br>**4/24/14 - $780.00** | **$10,324.57** | **$0.00** |

None ☐    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Jordan Baum**<br>**606 Baucom Grove Court**<br>**Cary, NC 27519**<br>**    Daughter of Former CEO/President** | **9/20/13** | **$65.00** | **$0.00** |
| **Martin G. Baum**<br>**6012 Farm Pond Road**<br>**Apex, NC 27523**<br>**    Former CEO/President** | **5/10/13 - $2676.14;**<br>**10/1/13 - $480.36; and**<br>**4/15/13 - 5/1/13 $193,110.10**<br>**Amounts include payroll received** | **$196,266.60** | **$0.00** |
| **Preston S. Edmondson**<br>**105 East Chase Court**<br>**Morrisville, NC 27560**<br>**    Former Treasurer** | **4/15/13 - 5/1/14**<br>**Amount includes payroll received** | **$38,206.55** | **$0.00** |
| **Wade Harper**<br>**2331 Edgewood Road**<br>**Columbus, GA 31906**<br>**    Director/Officer** | **4/15/13 - 5/1/14**<br>**Amount includes payroll received** | **$93,838.12** | **$0.00** |
| **Steven Lutz**<br>**123 Trellingwood Drive**<br>**Morrisville, NC 27560**<br>**    Director/Officer** | **4/15/13 - 5/1/14**<br>**Amount includes payroll received** | **$123,993.28** | **$1,287,075.05** |
| **Chenyqua Shepard**<br>**342 Crimson Oak Drive**<br>**Durham, NC 27713**<br>**    Director/Officer** | **4/15/13 - 5/1/14**<br>**Amount includes payroll received** | **$151,387.26** | **$234,393.98** |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Martin G. Baum v. Steve Lutz and Vestiq Holdings, Inc.**<br>**Case #13 CVS 13656** | **Civil Action** | **Wake County Superior Court** | **Pending** |

B7 (Official Form 7) (04/13)                                                                                                                          4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **SynopiaRx, LLC v. Vestiq Pharmaceuticals, Inc. Case #13 CVS 13055** | **Civil Action** | **Wake County Superior Court** | **Pending** |
| **Monosol Rx, LLC v. Vestiq Holdings, Inc., et al Case #SOM-C-12017-14** | **Writ of Replevin** | **Somerset County Superior Court New Jersey** | **Pending** |
| **Vestiq Holdings, Inc. v. Monosol RX, LLC and Keith Kendall Case #CGC-14-537681** | **Civil Action** | **State of California San Francisco County Superior Court** | **Pending** |
| **Monosol Rx, LLC v. Vestiq Holdings, Inc. Case #14-2313(MAS)(TBJ)** | **Notice of Removal** | **US District Court New Jersey** | **Pending** |

None    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
☐    preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
     property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
     filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **RXTPL-Masters 8695 Seward Road Fairfield, OH** | **2/2014** | **Trade and sample inventory valued at approximately $750,000.00** |

---

### 5.  Repossessions, foreclosures and returns

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
☐    returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12
     or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
     spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bioalliance Pharma 49 Bld du General Martial Valin Paris   FRANCE   75015** | **3/20/14** | **Oravig Product License Rights NDA 22404 - estimated value $2,000,000; Oravig Product Trade Inventory - estimated value $117,765; and Oravig Product Sample Inventory - estimated value $87,661.** |

---

### 6.  Assignments and receiverships

None    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of
■    this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a
     joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
■    preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
     property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
     filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                                    5

---

### 7. Gifts

None  ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

### 8. Losses

None  ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

### 9. Payments related to debt counseling or bankruptcy

None  ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Gerald A. Jeutter, Jr.**<br>**Attorney at Law**<br>**P.O. Box 12585**<br>**Raleigh, NC 27605** | | **$10,000.00 - pre-petition services**<br>**$5,000.00 - paid in connection with filing** |

---

### 10. Other transfers

None  ■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None  ■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)

6

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Fidelity Investments P.O. Box 770001 Cincinnati, OH 45277-0003** | **Money Market account for Vestiq Pharmaceuticals, Inc.** | **Closed 10/31/2013 with $0.00 balance** |

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Bioalliance Pharma 49 Bld du General Martial Valin Paris   FRANCE  75015** | **Oravig License and Inventory NDA 22404 valued at approximately $2.2 million** | **11010 Lake Grove Blvd., Suite 100, Box 355, Morrisville, NC  27560** |

**15. Prior address of debtor**

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **3000 Aerial Center Parkway, Suite 160 Morrisville, NC  27560** | **Vestiq Pharmaceuticals** | **November 2011 - January 2014** |
| **100 Townerview Court, Cary, NC  27513** | **Praelia Pharmaceuticals** | **April 2012 - October 2012** |

B7 (Official Form 7) (04/13)

7

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)                                                                                              8

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

| NAME | ADDRESS |
|------|---------|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
■     supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|

None  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
☐     of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|
| Hughes Pittman & Gupton | 1500 Sunday Drive, Suite 300 Raleigh, NC 27607 | 9/2013 - 1/2014 |

None  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐     of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| Chenyqua Shepard | 342 Crimson Oak Drive Durham, NC 27713 |

None  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
☐     issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| Cumberland Pharmaceuticals, Inc. 2525 West End Avenue, Suite 590 Nashville, TN 37203 | |
| DFB Pharmaceuticals, Inc. 3909 Hulen Street Fort Worth, TX 76107 | |
| Agenus, Inc. 3 Forbes Road Lexington, MA 02421-7305 | |

B7 (Official Form 7) (04/13)                                                                                9

NAME AND ADDRESS                                              DATE ISSUED

**Sun Pharma**
**Acme Plaza, Andheri-Kurla Road**
**Andheri(E)**
**Mumbai 400 059**
**INDIA**

**Dara BioSciences**
**8601 Six Forks Road, Suite 160**
**Raleigh, NC 27615**

**Aeterna Zentaris, Inc.**
**1405, Parc-Technologique Blvd.**
**Quebec    CANADA**

**Galena Biopharma, Inc.**
**4640 SW Macadam, Ste 270**
**Portland, OR 97239**

**Food and Drug Administration**
**P.O. Box 979107**
**Saint Louis, MO 63197-9000**

**Cantor Fitzgerald**
**101 California St, Suite 2710**
**San Francisco, CA 94111**

**CapVal-American Business Appraisers**
**1022 Anderson Street**
**Durham, NC 27705**

**Sanofi-Aventis**
**270 Albany St.**
**Cambridge, MA 02139**

**Teikoku Pharma USA, Inc.**
**1718 Ringwood Avenue**
**San Jose, CA 95131**

**GCA Savvian**
**1330 Avenue of the Americas, 28th Fl**
**New York, NY 10019**

**Torreya Partners**
**117 E. 55th Street**
**New York, NY 10022**

**Capital Royalty, LP**
**1000 Main St, Suite 2500**
**Houston, TX 77002**

**Vanguard Pharma, LLC**
**40 Hampshire Road**
**Mahwah, NJ 07430**

**Monosol RX**
**30 Technology Drive**
**Warren, NJ 07059**

**Kamryn Partners, LLC**
**16700 Hamock Creek Pl**
**Charlotte, NC 28278-8420**

**Amedra Pharmaceuticals, LLC**
**2 Walnut Grove Dr, Suite 190**
**Horsham, PA 19044-7707**

**Roudtable Healthcare Partners**
**272 East Deerpath Rd. St. 350**
**Lake Forest, IL 60045**

B7 (Official Form 7) (04/13)                                                                                                                              10

NAME AND ADDRESS                                                      DATE ISSUED

**Prasco Labs**
**6125 Commerce Court**
**South Lebanon, OH 45065**

**Kadmon Corporation, LLC**
**450 East 29th St., 5th Fl.**
**New York, NY 10016**

**Orbimed Advisors, LLC**
**Co601 Lexington Avenue, 54th Floor**
**New York, NY 10022-4629**

**Cangene Corporation**
**155 Innovation Drive**
**Winnipeg, MB R3T 5Y3**
**CANADA**

**The Layfield Law Firm**
**525 South Douglas Street, Ste 280**
**El Segundo, CA 90245**

**VelocityHealth Securities, Inc.**
**95 White Bridge Road, Suite 409**
**Nashville, TN 37205**

**Progenics Pharmaceuticals, Inc.**
**777 Old Saw Mill Road**
**Tarrytown, NY 10591**

**Capital Alliance Group**
**1950 E. 17th St, 3rd Fl.**
**Santa Ana, CA 92705**

**Horne, LLP**
**101 Madison Plaza**
**Hattiesburg, MS 39402**

**BioAlliance**
**49, Boulevard du General Martial Valin**
**75015**
**Paris    FRANCE**

**RNB Associates**
**351 N. Congress Ave., Suite 112**
**Boynton Beach, FL 33426**

**Crealta Pharmaceuticals, Inc.**
**c/o GTCR LLC**
**300 N. LaSalle St., Suite 5600**
**Chicago, IL 60654**

---

**20. Inventories**

None      a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
☐          and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |
| **January 2013** | **RXTPL** | **$662,000 - cost** |
| **January 2014** | **RXTPL** | **$850,000 - cost** |

B7 (Official Form 7) (04/13)                                                                                                                    11

None    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.
☐

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| January 2013 | **RXTPL**<br>**8695 Seward Road**<br>**Hamilton, OH 45011** |
| January 2014 | **RXTPL**<br>**8695 Seward Road**<br>**Hamilton, OH 45011** |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐    controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **See Attached Exhibit B** | | |

---

**22 . Former partners, officers, directors and shareholders**

None    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■    commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
☐    immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **See Attached Exhibit C** | | |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
■    in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
■    group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

B7 (Official Form 7) (04/13)                                                                                                    12

**25. Pension Funds.**

None
■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                                        TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **April 29, 2014**       Signature   **/s/ Steven M. Lutz**
                                                **Steven M. Lutz**
                                              **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

VESTIQ HOLDINGS, INC. (Parent Company - EIN: 46-2001447)
Praelia Pharmaceuticals, Inc. (100% Wholly Owned Subsidiary of Vestiq Holdings, Inc. - EIN: 45-4215099)
Vestiq Pharmaceuticals, Inc. (100% Wholly Owned Subsidiary of Vestiq Holdings, Inc. - EIN: 27-1321672)
Client Questionnaire for Business Debtor
As of April 15, 2014

SCHEDULE 5.11.b - CURRENT OFFICERS/DIRECTORS/SHAREHOLDERS OWNING MORE THAN 5%

| Equity Holder Name | Address | City | State | Zip Code | Security Class | Number of Securities | Kind of Interest | Status | Officer/Director | % Ownership |
|---|---|---|---|---|---|---|---|---|---|---|
| Chenyqua Baldwin-Shepard | 3412 Crimson Oak Drive | Durham | NC | 27713 | Common | 279,344 | Stock Certificate | Issued 11/7/2012 | CFO/Treasurer | 5.52% |
| Martin G. Baum | 6012 Farm Pond Rd | Durham | NC | 27713 | Common | 849,834 | Stock Certificate | Issued 11/7/2012 | Former CEO/President | 16.79% |
| Dr. Robert Kalb (& Dr. Robert Kalb, IRA) | 4300 Sunforest Court, Suite 119 | Toledo | OH | 43623 | Common | 296,338 | Stock Certificate | Issued 11/7/2012 | | 5.86% |
| The Layfield Law Firm | 525 South Douglas Street, Suite 280 | El Segundo | CA | 90245 | Common | 455,531 | Pending Warrant | Pending - 2 Warrants - one at 2%, one at 7% | | 9.00% |
| Wade Harper | 2331 Edgewood Road | Columbus | GA | 31906 | Common | 715,961 | Stock Certificate | Issued 11/7/2012 | Exec. Vice President - Sales/Comm Ops | 14.15% |
| Steven M. Lutz | 123 Trellingwood Drive | Morrisville | NC | 27560 | Common | 1,330,207 | Stock Certificate | Issued 11/7/2012 | CEO/President | 26.28% |

Exhibit B

Exhibit B

VESTIA HOLDINGS, INC. (Parent Company - EIN: 46-2001447)
Precla Pharmaceuticals, Inc. (100% Wholly Owned Subsidiaries of Vestia Holdings, Inc. - EIN: 45-4233099)
Vestiq Pharmaceuticals, Inc. (100% Wholly Owned Subsidiary of Vestia Holdings, Inc. - EIN: 27-1321672)
Client Questionnaire for Business Debtor
As of April 15, 2014

| Equity Holder Name | Address | City | State | Zip Code | Security Class | Number of Securities | % Ownership | Kind of Interest | Status |
|---|---|---|---|---|---|---|---|---|---|
| Randall Acosta | 5939 E. Lavender Court | Orange | CA | 92867-3158 | Common | 160,467 | 3.17% | Stock Certificate | 131,383 issued 11/2/2012, 39,076 pending to be issued per Employment Termination Agreement |
| John V. Aiken | 1308 Palace Garden Way | Raleigh | NC | 27603 | Common | 57,299 | 1.13% | Stock Certificate | 57,299 to be issued per Employment Termination Agreement |
| Martin G. Baum | 6012 Farm Pond Rd | Apex | NC | 27523 | Common | 849,654 | 16.79% | Stock Certificate | Issued 11/2/2012 |
| Brian Dickson | 3911 Thalwood Dr. SE | Southport | NC | 28461 | Common | 46,500 | 0.92% | Stock Certificate | Issued 11/2/2012 |
| Preston Edmondson | 205 Eastshaw Ct | Morrisville | NC | 27560 | Common | 60,000 | 1.19% | Stock Certificate | Issued 11/2/2012 |
| Robert Gerstaf | 108 Whitlock Lane | Cary | NC | 27513 | Common | 239,615 | 4.73% | Stock Certificate; Stock Held in Lieu of Severance Transaction | 239,615 to be issued per Employment Termination Agreement; Agreement issued 5/2013 |
| Wade Harper | 2311 Edgewood Road | Columbus | Ga | 31906 | Common | 719,561 | 14.21% | Stock Certificate | 594,159 issued 11/2/2012, 125,402 pending to be issued per Employment Termination Agreement |
| Nathan Hill | 2839 River Road | Maumee | OH | 43537 | Common | 192,970 | 3.81% | Stock Certificate | Issued 11/2/2012 |
| Nathan Hill, IRA | 2839 River Road | Maumee | OH | 43537 | Common | 25,070 | 0.50% | Stock Certificate | Issued 11/2/2012 |
| Dr. Robert Kalb | 4909 Sunforest Court, Suite 139 | Toledo | OH | 43623 | Common | 296,338 | 5.86% | Stock Certificate | Issued 11/2/2012 |
| Dr. Robert Kalb, IRA | 4909 Sunforest Court, Suite 139 | Toledo | OH | 43623 | Common | 96,182 | 1.90% | Stock Certificate | Issued 11/2/2012 |
| The Lathrop Law Firm | 535 South Douglas Street, Suite 280 | El Segundo | CA | 90245 | Common | 453,512 | 9.00% | Pending Warrant | Pending - 2 Warrants - one at 2%, one at 7% |
| Dallas Ledow | 123 Timberwood Drive | Morrisville | NC | 27560 | Common | 46,500 | 0.92% | Stock Certificate | Issued 11/2/2011 |
| Steven M. Lutz | 111 Homestead Drive | Cary | NC | 27513 | Common | 1,330,207 | 26.28% | Stock Certificate | 1,330,207 issued 11/2/2012, 407,310 pending to be issued per Employment Termination Agreement |
| Alastair McEwan | 300 Hogan's Valley Way | Cary | NC | 27513 | Common | 46,500 | 0.92% | Stock Certificate | Issued 11/2/2012 |
| John A. Minkkinen | 6206 Crystal Pointe Dr. | Louisville | KY | 40299 | Common | 46,500 | 0.92% | Stock Certificate | Issued 11/2/2012 |
| Keith Geary | 2664 Algonquin Parkway | Toledo | OH | 43606 | Common | 70,000 | 1.38% | Stock Certificate | Issued 11/2/2012 |
| Chonyua Baldwin Shepard | 242 Crimson Oak Drive | Durham | NC | 27713 | Common | 279,541 | 5.52% | Stock Certificate | Issued 11/2/2012 |
| Tical Wariness & Wendy Wariness | 928 Oak Crest Road | Raleigh | NC | 27615 | Common | 46,500 | 0.92% | Stock Certificate | Issued 11/2/2012 |
| | | | | | | 5,061,248 | 100% | | |

VESTIQ HOLDINGS, INC. (Parent Company - EIN: 46-2001447)
Praelia Pharmaceuticals, Inc. (100% Wholly Owned Subsidiary of Vestiq Holdings, Inc. - EIN: 45-4155099)
Vestiq Pharmaceuticals, Inc. (100% Wholly Owned Subsidiary of Vestiq Holdings, Inc. - EIN: 27-1321672)
Client Questionnaire for Business Debtor
As of April 15, 2014

SCHEDULE 5.22.b - TERMINATED OFFICERS / DIRECTORS

| Equity Holder Name | Address | City | State | Zip Code | Security Class | Number of Securities | Kind of Interest | Termination Date | Officer/Director |
|---|---|---|---|---|---|---|---|---|---|
| Martin G. Baum | 6012 Farm Pond Rd | Apex | NC | 27523 | Common | 849,854 | Stock Certificate | 10/1/2013 | Former CEO/President |
| Preston Edmondson | 105 Eastchase Ct | Morrisville | NC | 27560 | Common | 60,000 | Stock Held in Lieu of Severance Transaction | 5/23/2013 | Former Treasurer |

Exhibit C

# United States Bankruptcy Court
### Eastern District of North Carolina

In re  **Vestiq Holdings, Inc.**

Debtor(s)

Case No. _____

Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 5,000.00 |
| Prior to the filing of this statement I have received | $ | 5,000.00 |
| Balance Due | $ | 0.00 |

2.  $  **306.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☒ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☒ Debtor      ☐ Other (specify):

5.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: _____

_____
**Gerald A. Jeutter, Jr. NC State Bar No. 17724**
**Gerald A. Jeutter, Jr., Attorney at Law PA**
**615 Oberlin Road, Suite 102**
**Post Office Box 12585**
**Raleigh, NC 27605**
**919-334-6631  Fax: 919-833-9793**
**jeb@jeutterlaw.com**

---

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **Vestiq Holdings, Inc.**

Case No.

Debtor(s)

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **April 29, 2014**

**/s/ Steven M. Lutz**

**Steven M. Lutz/President**
Signer/Title

Accellos, Inc.
Attn:  Officer/Managing Agent
625 E. North Broadway
Columbus, OH 43214

BMG Pharma SRL
Attn:  Officer/Managing Agent
1312 Coral Drive
Coppell, TX 75019

Dallas Ledlow
315 Homestead Drive
Cary, NC 27513

Ahold USA & Subsidiaries
Attn:  Officer/Managing Agent
8301 Professional Place, Ste 115
Hyattsville, MD 20785

Burlington Drug Company
Attn:  Officer/Managing Agent
91 Catamount Drive, Suite 1
Milton, VT 05468-3236

Discount Drug Mart
Attn:  Officer/Managing Agent
211 Commerce Drive
Medina, OH 44256

Alert Marketing
Attn:  Officer/Managing Agent
100 Avenue of the Americas, 9th Fl.
New York, NY 10013

Capital Wholesale Drug Company
Attn:  Officer/Managing Agent
873 Williams Avenue
Columbus, OH 43212

Docusource
Attn:  Officer/Managing Agent
2800 Slater Road
Morrisville, NC 27560

AmerisourceBergen Drug Corporation
Attn:  Officer/Managing Agent
1300 Morris Drive, Suite 100
Wayne, PA 19087

CapVal-American Business Appraisers
Attn:  Officer/Managing Agent
6 Thackeray Place
Durham, NC 27707

Dr. E. E. Cho
4198 Summer Ave., Suite 102
Memphis, TN 38122-4004

Anda Incorporated
Attn:  Officer/Managing Agent
Accounts Payable
Fort Lauderdale, FL 33331

Cardinal Health
Attn:  Officer/Managing Agent
Accounts Payable
Columbus, OH 43218

Dr. Robert Mittman
38-21 Bell Blvd
Bayside, NY 11361-2058

Arnall Golden Gregory, LLP
Attn:  Officer/Managing Agent
171 17th Street NW Suite 2100
Atlanta, GA 30363-1031

CaremarkPCS Health, LLC
Attn:  Officer/Managing Agent
1950 N. Stemmons Fwy, Suite 5010
Dallas, TX 75207

Elliot David Ostrove
Day Pitney, LLP
One Jefferson Road
Parsippany, NJ 07054-2891

Avaria Networks, Inc.
Attn:  Officer/Managing Agent
5540 Centerview Drive, Suite 200
Raleigh, NC 27606

Chenyqua Shepard
342 Crimson Oak Drive
Durham, NC 27713

EPIC Brand Group, LLC
Attn:  Officer/Managing Agent
7519 Fernbridge Drive
New Albany, OH 43054

Bell Canyon Consulting, LLC
Attn:  Officer/Managing Agent
21461 Birdhollow Drive
Trabuco Canyon, CA 92679

Chesapeake Pharmaceutical Packaging
Attn:  Officer/Managing Agent
P.O. Box 910
Hicksville, NY 11802-0910

Food and Drug Administration
Attn:  Officer/Managing Agent
P.O. Box 979107
Saint Louis, MO 63197-9000

Bellco Drug Co.
Attn:  Officer/Managing Agent
5500 New Horizons Blvd
Amityville, NY 11701-1156

CVS Pharmacy, Inc.
Attn:  Officer/Managing Agent
One CVS Drive, MC RPM695
Woonsocket, RI 02895

Frank W. Kerr Company
Attn:  Officer/Managing Agent
43155 W. Nine Mile Road
Novi, MI 48376

H.D. Smith
P.O. Box 158
Springfield, IL 62705

H.E. Butt Grocery Company
Attn: Officer/Managing Agent
Accounts Payable
San Antonio, TX 78283

Intelligent Technologies
Attn: Officer/Managing Agent
12-C Oak Branch Drive
Greensboro, NC 27407

John McMahon
6204 Crystal Pointe Drive
Louisville, KY 40299

Keith Searcy
2664 Algonquin Parkway
Toledo, OH 43606

Kroger Limited Partnership
Attn: Officer/Managing Agent
P.O. Box 305261
Nashville, TN 37230-5261

L & E Distributors, Inc.
Attn: Officer/Managing Agent
182 Industrial Avenue
Roanoke, AL 36274

Malvern Consulting Group
Attn: Officer/Managing Agent
490 Lapp Road
Malvern, PA 19355

Martin Baum
6012 Farm Pond Road
Apex, NC 27523

Masters TPL
Attn: Officer/Managing Agent
P.O. Box 713769
Cincinnati, OH 45271-3769

McKesson Drug
Attn: Officer/Managing Agent
P.O. Box 4017
Danville, IL 61834-4017

Millenium Media LLC
Attn: Officer/Managing Agent
3 Chaser Court
Holmdel, NJ 07733

Monosol RX, LLC
Attn: Officer/Managing Agent
6560 Melton Road
Portage, IN 46368

Morris & Dickson Co., LLC
Attn: Officer/Managing Agent
P.O. Box 51367
Shreveport, LA 71135

Moshir Jacob
9329 Tranquil Breeze Lane
Sylvania, OH 43560

Nathan Hill
2850 River Road
Maumee, OH 43537

NC Mutual Wholesale Drug Co.
Attn: Officer/Managing Agent
P.O. Box 411
Durham, NC 27703

Neos Therapeutics, LLC
Attn: Officer/Managing Agent
2940 N. Hwy 360, Suite 100
Grand Prairie, TX 75050

NewClients, Inc.
Attn: Officer/Managing Agent
3900 Gaskins Road
Henrico, VA 23233

Niche Pharmaceuticals, Inc.
Attn: Officer/Managing Agent
580 Commerce Street, Suite 100
Southlake, TX 76092

NuroPharma, Inc.
Attn: Officer/Managing Agent
6380 Polaris Ave., Unit B
Las Vegas, NV 89118-3821

Oncology Supply Company
Attn: Officer/Managing Agent
2811 Horace Shepard Dr.
Dothan, AL 36303-1038

Pharmacy Buying Association
Attn: Officer/Managing Agent
1825 N.W. Vivion Road
Kansas City, MO 64120

Premium Assignment Corp.
Attn: Officer/Managing Agent
3522 Thomasville Road
Tallahassee, FL 32314

Publix Super Markets, Inc.
Attn: Officer/Managing Agent
P.O. Box 32009
Lakeland, FL 33802-2009

Regulatory Compliance Initiatives
Attn: Officer/Managing Agent
P.O. Box 95651
Las Vegas, NV 89193

Relay Health
Attn: Officer/Managing Agent
P.O. Box 742532
Atlanta, GA 30374-2532

Rite Aid
Attn: Officer/Managing Agent
P.O. Box 3165
Harrisburg, PA 17105

The Layfield Law Firm
Attn: Officer/Managing Agent
525 South Douglas Street, Ste 280
El Segundo, CA 90245

Wyrick Robbins Yates & Ponton, LL
Attn: Officer/Managing Agent
4101 Lake Boone Trail, Suite 300
Raleigh, NC 27607

Robert Kalb
4300 Sunforest Court, Suite 119
Toledo, OH 43623

Trond and Wendy Waerness
928 Oak Creek Road
Raleigh, NC 27615

Rochester Drug Cooperative, Inc.
Attn: Officer/Managing Agent
50 Jet View Drive
Rochester, NY 14624

TW Telecom
Attn: Officer/Managing Agent
P.O. Box 172567
Denver, CO 80271-2567

Rx Sample Solutions, Inc.
Attn: Officer/Managing Agent
701 Exposition Place, Suite 206
Raleigh, NC 27615

US Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601

Secure Submissions, Inc.
Attn: Officer/Managing Agent
P.o. Box 49612
Colorado Springs, CO 80949

Value Drug Company
Attn: Officer/Managing Agent
One Golf View Drive
Altoona, PA 16601

Smith Drug Company
Attn: Officer/Managing Agent
P.O. Box 1779
Spartanburg, SC 29304-1779

Vanguard Pharma, LLC
Attn: Officer/Managing Agent
40 Hampshire Road
Mahwah, NJ 07430

Source Healthcare Analytics, LLC
Attn: Officer/Managing Agent
P.O. Box 277158
Atlanta, GA 30384-7158

Walgreen Company
Attn: Officer/Managing Agent
14130 Collections, WAG Finance Lock
Chicago, IL 60693

Steven Lutz
123 Trellingwood Drive
Morrisville, NC 27560

Windstream Communications
Attn: Officer/Managing Agent
P.O. Box 9001950
Louisville, KY 40290-1950

Synopia
Attn: Officer/Managing Agent
270 Cornerstone Drive, Suite 103
Cary, NC 27519

Winn-Dixie Stores, Inc.
Attn: Officer/Managing Agent
505 Edgewood Ct.
Jacksonville, FL 32254-3601

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  **Vestiq Holdings, Inc.**

Debtor(s)

Case No.

Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Vestiq Holdings, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 29, 2014**

Date

**/s/ Gerald A. Jeutter, Jr. NC State Bar No.**

**Gerald A. Jeutter, Jr. NC State Bar No. 17724**

Signature of Attorney or Litigant

Counsel for   **Vestiq Holdings, Inc.**

**Gerald A. Jeutter, Jr., Attorney at Law PA**

**615 Oberlin Road, Suite 102**
**Post Office Box 12585**
**Raleigh, NC 27605**
**919-334-6631 Fax:919-833-9793**
**jeb@jeutterlaw.com**