VAN–006 Order Appointing Interim Trustee and Approving Standing Bond – Rev. 10/01/2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
Vestiq Holdings, Inc.
11010 Lake Grove Blvd, Suite 100
Box 355
Morrisville, NC 27560

TaxID: 46–2001447

CASE NO.: 14–02407–5–SWH

DATE FILED: April 29, 2014

CHAPTER: 7

## ORDER APPOINTING INTERIM TRUSTEE AND APPROVING STANDING BOND

IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT:

The following interim trustee is hereby appointed, and the trustee's standing bond is fixed under the blanket bond heretofore approved.

Richard Dewitte Sparkman
Richard D. Sparkman, P.A.
PO Box 1687
Angier, NC 27501–1687

DATED: May 1, 2014

Stephani W. Humrickhouse
United States Bankruptcy Judge