UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

| | | |
|---|---|---|
| **VESTIQ HOLDINGS, INC.** ) | **CASE NO.: 14-02407-5-SWH** | |
| TAX ID: 46-2001447 ) | | |
| 11010 Lake Grove Blvd., Suite 100 ) | **CHAPTER 7** | |
| Box 355 ) | | |
| Morrisville, NC 27560 ) | | |
| ) | | |
| **DEBTOR** ) | | |
| ) | | |

IN RE:

| | |
|---|---|
| **VESTIQ PHARMACEUTICALS, INC.** ) | **CASE NO.: 14-02644-5-SWH** |
| TAX ID: 27-1321672 ) | |
| 11010 Lake Grove Blvd., Suite 100 ) | **CHAPTER 7** |
| Box 355 ) | |
| Morrisville, NC 27560 ) | |
| ) | |
| **DEBTOR** ) | |
| ) | |

IN RE:

| | |
|---|---|
| **PRAELIA PHARMACEUTICALS, INC.** ) | **CASE NO.: 14-02645-5-SWH** |
| TAX ID: 45-4215099 ) | |
| 11010 Lake Grove Blvd., Suite 100 ) | **CHAPTER 7** |
| Morrisville, NC 27560 ) | |
| ) | |
| **DEBTOR** ) | |
| ) | |

**MOTION FOR JOINT ADMINISTRATION**

NOW COMES Richard DeWitte Sparkman, Chapter 7 Bankruptcy Trustee in the above-referenced cases and moves the Court, pursuant to § 302(b) and Bankruptcy Rules 1015(b) and 2009(a) and (c) for joint administration of the above-referenced cases, and shows unto the Court as follows:

1. Vestiq Holdings, Inc. ("Holdings") filed a voluntary Chapter 7 bankruptcy proceeding on April 29, 2014. Richard DeWitte Sparkman ("Trustee") is the duly qualified and acting

bankruptcy trustee having been appointed on May 1, 2014.

    2.    On or about May 7, 2014, the Trustee filed separate bankruptcy proceedings for Vestiq Pharmaceuticals, Inc. ("Pharma") and Praelia Pharmaceuticals, Inc. ("Praelia"). Praelia and Pharma are wholly owned subsidiaries and affiliates of Holdings.

    3.    Holdings, Praelia and Pharma are closely intertwined and related and have, for all practical purposes, acted as one enterprise. Holdings held the stock ownership of Praelia and Pharma. Pharma is the entity that holds all license and supply agreement rights (NDA). Praelia was the operations arm of the consolidated business and was engaged in the day to day marketing, sales and regulatory compliance aspects of the business.

    4.    At the time of the filing of the Chapter 7 proceeding, a sale of the entire enterprise was being undertaken with several suitors in active negotiations. Any such sale would have been for acquisition of all 3 entities. Additionally, pending litigation in which Holdings is plaintiff is for the benefit of all 3 entities in that Holdings is the 100% owner of Praelia and Pharma.

    5.    Joint administration and procedural consolidation of the estates under the control of one Chapter 7 Trustee is most economical and in the best interest of the respective estates and their creditors.

    6.    Bankruptcy Rule 1015(b) provides that if two or more petitions are pending in the same court by or against a debtor and an affiliate, "the court may order a joint administration of the estates".

    7.    Joint administration and procedural consolidation of the Debtors' Chapter 7 cases will permit the Office of the Clerk of the Court (the "Clerk's Office") to utilize a single general docket for these cases and combine notices to creditors of the Debtors' respective estates and other parties in interest. Procedural consolidation also will enable the parties in interest in each of the above captioned cases to be apprised of various matters before the Court in all of these cases.

    8.    The Debtors anticipate that numerous notices, applications, motions and other pleadings and orders in these cases will affect all of the Debtors. Procedural consolidation will permit counsel for all parties in interest to include the Debtors' respective cases in a single caption on numerous documents that will be filed and served in these cases, and to file only a single rather than multiple originals when more than one Debtor or more than one estate is affected thereby.

    9.    The cases involve a parent, (Holdings) and two wholly owned and substantially related entities, (Pharma and Praelia) with consolidated cash management systems, numerous creditors with claims against more than one of the Debtors based on primary or secondary liability, and interrelated operations. The Debtors file a consolidated tax return. The entry of an order of joint administration and procedural consolidation will significantly reduce the volume of documents that otherwise would be filed with the Clerk's Office, render the completion of various administrative tasks less costly, and minimize the number of unnecessary delays.

10. The Debtors respectfully request that Vestiq Holdings, Inc. be designated as the "lead case"; that the official caption to be used by all parties in all pleadings in the jointly administered cases be "Vestiq Holdings, Inc., et al."; that all motions, notices, orders, reports or other pleadings (excluding adversary proceedings) be filed solely in the Holdings bankruptcy proceeding.

11. This is not a motion for substantive consolidation of the Debtors' estates, and the rights of parties in interest will not be prejudiced or otherwise affected in any way by the entry of an order directing the procedural consolidation and joint administration of the Debtors' cases as requested above.

WHEREFORE, the Debtors pray unto the Court for the following relief:

1. Immediate entry of an Order (i) consolidating the Debtors' cases for procedural purposes only and authorizing the joint administration thereof, (ii) designating the case of Vestiq Holdings, Inc. as the lead case, and directing that the legend "Vestiq Holdings, Inc., et al." and the case number for that Debtor be included in the consolidated caption for pleadings filed in the cases, (iii) authorizing the Debtors to file consolidated reports, (iv) authorizing the Debtors' professionals, once retained with approval of the Court, to file consolidated fee applications and receive payment of approved fees and expenses from the Debtors on a consolidated basis, and (v) authorizing the Debtors to submit to the Bankruptcy Administrator and file with the Clerk's Office a consolidated mailing matrix.

2. For such other relief as the Court may deem just and proper.

Respectfully submitted this the 13th day of May, 2014.

                        RICHARD D. SPARKMAN & ASSOCIATES, P. A.

                        BY:   /s/ Richard DeWitte Sparkman
                            Richard DeWitte Sparkman
                            Chapter 7 Bankruptcy Trustee
                            N. C. State Bar No. 6857
                            Post Office Box 1687
                            Angier, North Carolina 27501
                            Telephone: (919) 639-6181
                            Facsimile: (919) 639-6814
                            E-Mail: rds@sparkmanlaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

| | | |
|---|---|---|
| **VESTIQ HOLDINGS, INC.** ) | **CASE NO.: 14-02407-5-SWH** | |
| TAX ID: 46-2001447 ) | | |
| 11010 Lake Grove Blvd., Suite 100 ) | **CHAPTER 7** | |
| Box 355 ) | | |
| Morrisville, NC 27560 ) | | |
| ) | | |
| **DEBTOR** ) | | |
| ) | | |

IN RE:

| | | |
|---|---|---|
| **VESTIQ PHARMACEUTICALS, INC.** ) | **CASE NO.: 14-02644-5-SWH** | |
| TAX ID: 27-1321672 ) | | |
| 11010 Lake Grove Blvd., Suite 100 ) | **CHAPTER 7** | |
| Box 355 ) | | |
| Morrisville, NC 27560 ) | | |
| ) | | |
| **DEBTOR** ) | | |
| ) | | |

IN RE:

| | | |
|---|---|---|
| **PRAELIA PHARMACEUTICALS, INC.** ) | **CASE NO.: 14-02645-5-SWH** | |
| TAX ID: 45-4215099 ) | | |
| 11010 Lake Grove Blvd., Suite 100 ) | **CHAPTER 7** | |
| Box 355 ) | | |
| Morrisville, NC 27560 ) | | |
| ) | | |
| **DEBTOR** ) | | |
| ) | | |

**NOTICE OF MOTION FOR JOINT ADMINISTRATION**

NOTICE is hereby given of the Motion for Joint Administration, filed simultaneously herewith by and through counsel; and

Your rights may be affected.  You should read theses papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant relief sought in Motion, or if you want the Court to consider your views on the Motion, then on or before **June 6, 2014**, unless otherwise ordered, you or your attorney

must file with the Court, pursuant to Local Rule 9013-1 and 9014-1, a written response and answer explaining your position, and a request for hearing.

Pursuant to that Memorandum for Chief Bankruptcy Judge J. Rich Leonard, EDNC, dated February 24, 2005, attorneys practicing in the United States Bankruptcy Court for the Eastern District of North Carolina, including attorneys admitted pro hac vice, are required to file electronically all documents [including new bankruptcy petitions, motions, memoranda of law, and other pleadings, but excluding proofs of claim and documents to be placed under seal in accordance with Local Bankruptcy Rule 5005-4(6)]. Any documents required to be filed electronically pursuant to Local Bankruptcy Rule 5005-4(1) but presented in paper form on or after April 1, 2005, shall be accompanied by an application for an exemption from this rule and a proposed order granting relief sought. The application shall state the reason(s) why electronic filing would impose extreme hardship on the attorney. Local Bankruptcy Rules 5005-4(1) and 5005-4(2) may be found on the Court's website www.nceb.uscourts.gov. Electronic filing may be done through the Court's website. The Court's mailing address is:

>Clerk US Bankruptcy Court
>PO Box 1441
>Raleigh, NC 27602

If you mail your response to the court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

You must also mail a copy to:

| | |
|---|---|
| Bankruptcy Administrator<br>434 Fayetteville St., Suite 640<br>Raleigh, NC  27601 | Richard DeWitte Sparkman<br>Chapter 7 Bankruptcy Trustee<br>PO Box 1687<br>Angier, NC 27501 |
| Gerald A. Jeutter, Jr.<br>Attorney for Debtor<br>PO Box 12585<br>Raleigh, NC 27605-2585 | Vestiq Holdings, Inc.<br>11010 Lake Grove Blvd., Ste. 100<br>Box 355<br>Morrisville, NC 27560 |

If a response and a request for hearing is filed in writing on or before the date set above, a hearing will be conducted on the motion at a date, time, and place to be later set and all parties will be notified accordingly.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an Order granting the relief.

DATED:   May 13, 2014

RICHARD D. SPARKMAN & ASSOCIATES, P.A.

BY:   */s/ Richard DeWitte Sparkman*
      Richard DeWitte Sparkman
      Chapter 7 Bankruptcy Trustee
      NC State Bar No. 6857
      PO Box 1687
      Angier, NC 27501
      (919) 639-6181

# CERTIFICATE OF SERVICE

I, Erica S. Jones, of PO Box 1687, Angier, NC 27501, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 13th day of May, 2014, I served a copy of the foregoing **Motion for Joint Administration** and **Notice of Motion** to the parties in interest as indicated below:

| | |
|---|---|
| Bankruptcy Administrator<br>434 Fayetteville Street, Suite 640<br>Raleigh, NC 27601<br>**\*via electronic mail** | Gerald A. Jeutter, Jr.<br>Attorney for Debtor<br>P.O. Box 12585<br>Raleigh, NC 27605-2585<br>**\*via CM/ECF** |
| Vestiq Holdings, Inc.<br>Attn: Managing Agent<br>11010 Lake Grove Blvd., Ste. 100<br>Box 355<br>Morrisville, NC 27560 | Vestiq Pharmaceuticals, Inc.<br>Attn: Managing Agent<br>11010 Lake Grove Blvd., Ste.100<br>Box 355<br>Morrisville, NC 27560 |
| Praelia Pharmaceuticals, Inc.<br>Attn: Managing Agent<br>11010 Lake Grove Blvd., Ste. 100<br>Box 355<br>Morrisville, NC 27560 | **\*See Attached Mailing Matrix** |

by depositing copies hereof in a pre-addressed envelope with sufficient postage thereon in a post office of official depository under the exclusive care and custody of the United States Postal Service and/or by electronic service.

I certify under the penalty of perjury that the foregoing is correct.

Executed on: May 13, 2014

                        RICHARD D. SPARKMAN & ASSOCIATES, P. A.

               BY:  */s/ Erica S. Jones*
                        Erica S. Jones
                        Legal Assistant
                        PO Box 1687
                        Angier, NC  27501
                        (919) 639-6181

```
Label Matrix for local noticing          Accellos, Inc.                          Ahold USA & Subsidiaries
0417-5                                   Attn:  Officer/Managing Agent           Attn:  Officer/Managing Agent
Case 14-02407-5-SWH                      625 E. North Broadway                   8301 Professional Place, Ste 115
Eastern District of North Carolina       Columbus, OH 43214-4133                 Hyattsville, MD 20785-2351
Raleigh
Tue May 13 09:12:03 EDT 2014

Alert Marketing                          AmerisourceBergen Drug Corporation      Anda Incorporated
Attn:  Officer/Managing Agent            Attn:  Officer/Managing Agent           Attn:  Officer/Managing Agent
100 Avenue of the Americas, 9th Fl.      1300 Morris Drive, Suite 100            Accounts Payable
New York, NY 10013-1678                  Wayne, PA 19087-5559                    Fort Lauderdale, FL 33331


Arnall Golden Gregory, LLP               Avaria Networks, Inc.                   BMG Pharma SRL
Attn:  Officer/Managing Agent            Attn:  Officer/Managing Agent           Attn:  Officer/Managing Agent
171 17th Street NW Suite 2100            5540 Centerview Drive, Suite 200        1312 Coral Drive
Atlanta, GA 30363-1031                   Raleigh, NC 27606-3386                  Coppell, TX 75019-3772


Bankruptcy Administrator                 Bankruptcy Administrator                Bell Canyon Consulting, LLC
434 Fayetteville Street, Ste. 640        Two Hannover Square, Ste. 620           Attn:  Officer/Managing Agent
Raleigh, NC 27601-1888                   434 Fayetteville Street                 21461 Birdhollow Drive
                                         Raleigh, NC 27601-1701                  Trabuco Canyon, CA 92679-3359


Bellco Drug Co.                          Burlington Drug Company                 CVS Pharmacy, Inc.
Attn:  Officer/Managing Agent            Attn:  Officer/Managing Agent           Attn:  Officer/Managing Agent
5500 New Horizons Blvd                   91 Catamount Drive, Suite 1             One CVS Drive, MC RPM695
Amityville, NY 11701-1156                Milton, VT 05468-3236                   Woonsocket, RI 02895-6184


CapVal-American Business Appraisers      Capital Wholesale Drug Company          Cardinal Health
Attn:  Officer/Managing Agent            Attn:  Officer/Managing Agent           Attn:  Officer/Managing Agent
6 Thackeray Place                        873 Williams Avenue                     Accounts Payable
Durham, NC 27707-5023                    Columbus, OH 43212-3867                 Columbus, OH 43218


CaremarkPCS Health, LLC                  Chenyqua Shepard                        Chesapeake Pharmaceutical Packaging
Attn:  Officer/Managing Agent            342 Crimson Oak Drive                   Attn:  Officer/Managing Agent
1950 N. Stemmons Fwy, Suite 5010         Durham, NC 27713-9638                   P.O. Box 910
Dallas, TX 75207-3199                                                            Hicksville, NY 11802-0910


David N. Crapo                           Dallas Ledlow                           Discount Drug Mart
Gibbons, P.C.                            315 Homestead Drive                     Attn:  Officer/Managing Agent
One Gateway Center                       Cary, NC 27513-2907                     211 Commerce Drive
Newark, NJ 07102-5310                                                            Medina, OH 44256-1398


Docusource                               Dr. E. E. Cho                           Dr. Robert Mittman
Attn:  Officer/Managing Agent            4198 Summer Ave., Suite 102             38-21 Bell Blvd
2800 Slater Road                         Memphis, TN 38122-4004                  Bayside, NY 11361-2058
Morrisville, NC 27560-8436


EPIC Brand Group, LLC                    Elliot David Ostrove                    Food and Drug Administration
Attn:  Officer/Managing Agent            Day Pitney, LLP                         Attn:  Officer/Managing Agent
7519 Fernbridge Drive                    One Jefferson Road                      P.O. Box 979107
New Albany, OH 43054                     Parsippany, NJ 07054-2891               Saint Louis, MO 63197-9000
```

| | | |
|---|---|---|
| Frank W. Kerr Company<br>Attn:  Officer/Managing Agent<br>43155 W. Nine Mile Road<br>Novi, MI 48375-4190 | H.D. Smith<br>P.O. Box 158<br>Springfield, IL 62705-0158 | H.E. Butt Grocery Company<br>Attn:  Officer/Managing Agent<br>Accounts Payable<br>San Antonio, TX 78283 |
| Intelligent Technologies<br>Attn:  Officer/Managing Agent<br>12-C Oak Branch Drive<br>Greensboro, NC 27407-2398 | Gerald A Jeutter Jr.<br>PO Box 12585<br>Raleigh, NC 27605-2585 | John McMahon<br>6204 Crystal Pointe Drive<br>Louisville, KY 40299-6912 |
| Keith Searcy<br>2664 Algonquin Parkway<br>Toledo, OH 43606-3708 | Kroger Limited Partnership<br>Attn:  Officer/Managing Agent<br>P.O. Box 305261<br>Nashville, TN 37230-5261 | L & E Distributors, Inc.<br>Attn:  Officer/Managing Agent<br>182 Industrial Avenue<br>Roanoke, AL 36274-7256 |
| Steven M. Lutz<br>123 Trellingwood Drive<br>Morrisville, NC 27560-7034 | Marjorie K. Lynch<br>Bankruptcy Administrator<br>434 Fayetteville Street, Suite 640<br>Raleigh, NC 27601-1888 | Malvern Consulting Group<br>Attn:  Officer/Managing Agent<br>490 Lapp Road<br>Malvern, PA 19355-1212 |
| Martin Baum<br>6012 Farm Pond Road<br>Apex, NC 27523-8214 | Masters TPL<br>Attn: Officer/Managing Agent<br>P.O. Box 713769<br>Cincinnati, OH 45271-3769 | McKesson Drug<br>Attn:  Officer/Managing Agent<br>P.O. Box 4017<br>Danville, IL 61834-4017 |
| Millenium Media LLC<br>Attn:  Officer/Managing Agent<br>3 Chaser Court<br>Holmdel, NJ 07733-2933 | Monosol RX, LLC<br>c/o Julie B. Pape, Esq.<br>Womble Carlyle Sandridge & Rice, LLP<br>One West Fourth Street<br>Winston-Salem, NC 27101-3846 | Monosol RX, LLC<br>Attn:  Officer/Managing Agent<br>6560 Melton Road<br>Portage, IN 46368-1234 |
| Morris & Dickson Co., LLC<br>Attn:  Officer/Managing Agent<br>P.O. Box 51367<br>Shreveport, LA 71135-1367 | Moshir Jacob<br>9329 Tranquil Breeze Lane<br>Sylvania, OH 43560-9837 | NC Mutual Wholesale Drug Co.<br>Attn:  Officer/Managing Agent<br>P.O. Box 411<br>Durham, NC 27702-0411 |
| Nathan Hill<br>2850 River Road<br>Maumee, OH 43537-3739 | Neos Therapeutics, LLC<br>Attn:  Officer/Managing Agent<br>2940 N. Hwy 360, Suite 100<br>Grand Prairie, TX 75050-6424 | NewClients, Inc.<br>Attn:  Officer/Managing Agent<br>3900 Gaskins Road<br>Henrico, VA 23233-1414 |
| Niche Pharmaceuticals, Inc.<br>Attn:  Officer/Managing Agent<br>580 Commerce Street, Suite 100<br>Southlake, TX 76092-9156 | NuroPharma, Inc.<br>Attn:  Officer/Managing Agent<br>6380 Polaris Ave., Unit B<br>Las Vegas, NV 89118-3821 | Oncology Supply Company<br>Attn:  Officer/Managing Agent<br>2811 Horace Shepard Dr.<br>Dothan, AL 36303-1038 |
| Julie B. Pape<br>Womble Carlyle Sandridge & Rice<br>One West Fourth Street<br>Winston-Salem, NC 27101-3846 | Pharmacy Buying Association<br>Attn:  Officer/Managing Agent<br>1825 N.W. Vivion Road<br>Kansas City, MO 64150-9405 | Premium Assignment Corp.<br>Attn:  Officer/Managing Agent<br>3522 Thomasville Road<br>Tallahassee, FL 32309-3488 |

Publix Super Markets, Inc.
Attn: Officer/Managing Agent
P.O. Box 32009
Lakeland, FL 33802-2009

Regulatory Compliance Initiatives
Attn: Officer/Managing Agent
P.O. Box 95651
Las Vegas, NV 89193-5651

Relay Health
Attn: Officer/Managing Agent
P.O. Box 742532
Atlanta, GA 30374-2532

Rite Aid
Attn: Officer/Managing Agent
P.O. Box 3165
Harrisburg, PA 17105-3165

Robert Kalb
4300 Sunforest Court, Suite 119
Toledo, OH 43623

Rochester Drug Cooperative, Inc.
Attn: Officer/Managing Agent
50 Jet View Drive
Rochester, NY 14624-4900

Rx Sample Solutions, Inc.
Attn: Officer/Managing Agent
701 Exposition Place, Suite 206
Raleigh, NC 27615-3359

Secure Submissions, Inc.
Attn: Officer/Managing Agent
P.o. Box 49612
Colorado Springs, CO 80949-9612

Smith Drug Company
Attn: Officer/Managing Agent
P.O. Box 1779
Spartanburg, SC 29304-1779

Source Healthcare Analytics, LLC
Attn: Officer/Managing Agent
P.O. Box 277158
Atlanta, GA 30384-7158

Richard Dewitte Sparkman
Richard D. Sparkman, P.A.
PO Box 1687
Angier, NC 27501-1687

Steven Lutz
123 Trellingwood Drive
Morrisville, NC 27560-7034

Synopia
Attn: Officer/Managing Agent
3000 Aerial Center Pkwy, Ste 160
Morrisville, NC 27560-9132

TW Telecom
Attn: Officer/Managing Agent
P.O. Box 172567
Denver, CO 80271-2567

James J. Tancredi
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103-1212

The Layfield Law Firm
Attn: Officer/Managing Agent
525 South Douglas Street, Ste 280
El Segundo, CA 90245-4826

Trond and Wendy Waerness
928 Oak Creek Road
Raleigh, NC 27615-2245

US Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601-1461

Value Drug Company
Attn: Officer/Managing Agent
One Golf View Drive
Altoona, PA 16601-9398

Vanguard Pharma, LLC
Attn: Officer/Managing Agent
40 Hampshire Road
Mahwah, NJ 07430-2561

Vestiq Holdings, Inc.
11010 Lake Grove Blvd, Suite 100
Box 355
Morrisville, NC 27560-7392

Walgreen Company
Attn: Officer/Managing Agent
14130 Collections, WAG Finance Lock
Chicago, IL 60693-0001

Windstream Communications
Attn: Officer/Managing Agent
P.O. Box 9001950
Louisville, KY 40290-1950

Winn-Dixie Stores, Inc.
Attn: Officer/Managing Agent
505 Edgewood Ct.
Jacksonville, FL 32254-3601

Wyrick Robbins Yates & Ponton, LLP
Attn: Officer/Managing Agent
4101 Lake Boone Trail, Suite 300
Raleigh, NC 27607-7525

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Monosol RX, LLC

(u)Vanguard Pharma, LLC

End of Label Matrix
Mailable recipients    84
Bypassed recipients     2
Total                  86

```
Label Matrix for local noticing         Accellos, Inc.                          Ahold USA & Subsidiaries
0417-5                                  Attn:  Officer/Managing Agent           Attn:  Officer/Managing Agent
Case 14-02644-5-SWH                     625 E. North Broadway                   8301 Professional Place, Ste 115
Eastern District of North Carolina      Columbus, OH 43214-4133                 Hyattsville, MD 20785-2351
Raleigh
Tue May 13 09:14:25 EDT 2014

Alert Marketing                         AmerisourceBergen Drug Corporation      Anda Incorporated
Attn:  Officer/Managing Agent           Attn:  Officer/Managing Agent           Attn:  Officer/Managing Agent
100 Avenue of the Americas, 9th Fl.     1300 Morris Drive, Suite 100            Accounts Payable
New York, NY 10013-1678                 Wayne, PA 19087-5559                    Fort Lauderdale, FL 33331


Arnall Golden Gregory, LLP              Avaria Networks, Inc.                   BMG Pharma SRL
Attn:  Officer/Managing Agent           Attn:  Officer/Managing Agent           Attn:  Officer/Managing Agent
171 17th Street NW Suite 2100           5540 Centerview Drive, Suite 200        1312 Coral Drive
Atlanta, GA 30363-1031                  Raleigh, NC 27606-3386                  Coppell, TX 75019-3772


Bankruptcy Administrator                Bell Canyon Consulting, LLC             Bellco Drug Co.
Two Hannover Square, Ste. 620           Attn:  Officer/Managing Agent           Attn:  Officer/Managing Agent
434 Fayetteville Street                 21461 Birdhollow Drive                  5500 New Horizons Blvd
Raleigh, NC 27601-1701                  Trabuco Canyon, CA 92679-3359           Amityville, NY 11701-1156


Burlington Drug Company                 CVS Pharmacy, Inc.                      CapVal-American Business Appraisers
Attn:  Officer/Managing Agent           Attn:  Officer/Managing Agent           Attn:  Officer/Managing Agent
91 Catamount Drive, Suite 1             One CVS Drive, MC RPM695                6 Thackeray Place
Milton, VT 05468-3236                   Woonsocket, RI 02895-6184               Durham, NC 27707-5023


Capital Wholesale Drug Company          Cardinal Health                         CaremarkPCS Health, LLC
Attn:  Officer/Managing Agent           Attn:  Officer/Managing Agent           Attn:  Officer/Managing Agent
873 Williams Avenue                     Accounts Payable                        1950 N. Stemmons Fwy, Suite 5010
Columbus, OH 43212-3867                 Columbus, OH 43218                      Dallas, TX 75207-3199


Chenyqua Shepard                        Chesapeake Pharmaceutical Packaging     Dallas Ledlow
342 Crimson Oak Drive                   Attn:  Officer/Managing Agent           315 Homestead Drive
Durham, NC 27713-9638                   P.O. Box 910                            Cary, NC 27513-2907
                                        Hicksville, NY 11802-0910


Discount Drug Mart                      Docusource                              Dr. E. E. Cho
Attn:  Officer/Managing Agent           Attn:  Officer/Managing Agent           4198 Summer Ave., Suite 102
211 Commerce Drive                      2800 Slater Road                        Memphis, TN 38122-4004
Medina, OH 44256-1398                   Morrisville, NC 27560-8436


Dr. Robert Mittman                      EPIC Brand Group, LLC                   Elliot David Ostrove
38-21 Bell Blvd                         Attn:  Officer/Managing Agent           Day Pitney, LLP
Bayside, NY 11361-2058                  7519 Fernbridge Drive                   One Jefferson Road
                                        New Albany, OH 43054                    Parsippany, NJ 07054-2891


Food and Drug Administration            Frank W. Kerr Company                   H.D. Smith
Attn:  Officer/Managing Agent           Attn:  Officer/Managing Agent           P.O. Box 158
P.O. Box 979107                         43155 W. Nine Mile Road                 Springfield, IL 62705-0158
Saint Louis, MO 63197-9000              Novi, MI 48375-4190
```

```
H.E. Butt Grocery Company            Intelligent Technologies            John McMahon
Attn:  Officer/Managing Agent        Attn:  Officer/Managing Agent       6204 Crystal Pointe Drive
Accounts Payable                     12-C Oak Branch Drive               Louisville, KY 40299-6912
San Antonio, TX 78283                Greensboro, NC 27407-2398


Keith Searcy                         Kroger Limited Partnership          L & E Distributors, Inc.
2664 Algonquin Parkway               Attn:  Officer/Managing Agent       Attn:  Officer/Managing Agent
Toledo, OH 43606-3708                P.O. Box 305261                     182 Industrial Avenue
                                     Nashville, TN 37230-5261            Roanoke, AL 36274-7256


Steven M. Lutz                       Malvern Consulting Group            Martin Baum
123 Trellingwood Drive               Attn:  Officer/Managing Agent       6012 Farm Pond Road
Morrisville, NC 27560-7034           490 Lapp Road                       Apex, NC 27523-8214
                                     Malvern, PA 19355-1212


Masters TPL                          McKesson Drug                       Millenium Media LLC
Attn:  Officer/Managing Agent        Attn:  Officer/Managing Agent       Attn:  Officer/Managing Agent
P.O. Box 713769                      P.O. Box 4017                       3 Chaser Court
Cincinnati, OH 45271-3769            Danville, IL 61834-4017             Holmdel, NJ 07733-2933


Monosol RX, LLC                      Monosol RX, LLC                     Monosol RX, LLC
c/o Day Pitney LLP                   c/o Julie B. Pape, Esq.             Attn:  Officer/Managing Agent
242 Trumbull Street                  Womble Carlyle Sandridge & Rice, LLP 6560 Melton Road
Hartford, CT 06103-1213              One West Fourth Street              Portage, IN 46368-1234
                                     Winston-Salem, NC 27101-3846


Morris & Dickson Co., LLC            Moshir Jacob                        NC Mutual Wholesale Drug Co.
Attn:  Officer/Managing Agent        9329 Tranquil Breeze Lane           Attn:  Officer/Managing Agent
P.O. Box 51367                       Sylvania, OH 43560-9837             P.O. Box 411
Shreveport, LA 71135-1367                                                Durham, NC 27702-0411


Nathan Hill                          Neos Therapeutics, LLC              NewClients, Inc.
2850 River Road                      Attn:  Officer/Managing Agent       Attn:  Officer/Managing Agent
Maumee, OH 43537-3739                2940 N. Hwy 360, Suite 100          3900 Gaskins Road
                                     Grand Prairie, TX 75050-6424        Henrico, VA 23233-1414


Niche Pharmaceuticals, Inc.          NuroPharma, Inc.                    Cindy G. Oliver
Attn:  Officer/Managing Agent        Attn:  Officer/Managing Agent       Morris, Russell, Eagle & Worley, PLLC
580 Commerce Street, Suite 100       6380 Polaris Ave., Unit B           2235 Gateway Access Point, Suite 201
Southlake, TX 76092-9156             Las Vegas, NV 89118-3821            Raleigh, NC 27607-3076


Oncology Supply Company              Julie B. Pape                       Pharmacy Buying Association
Attn:  Officer/Managing Agent        Womble Carlyle Sandridge & Rice     Attn:  Officer/Managing Agent
2811 Horace Shepard Dr.              One West Fourth Street              1825 N.W. Vivion Road
Dothan, AL 36303-1038                Winston-Salem, NC 27101-3846        Kansas City, MO 64150-9405


Premium Assignment Corp.             Publix Super Markets, Inc.          Regulatory Compliance Initiatives
Attn:  Officer/Managing Agent        Attn:  Officer/Managing Agent       Attn:  Officer/Managing Agent
3522 Thomasville Road                P.O. Box 32009                      P.O. Box 95651
Tallahassee, FL 32309-3488           Lakeland, FL 33802-2009             Las Vegas, NV 89193-5651
```

| | | |
|---|---|---|
| Relay Health<br>Attn: Officer/Managing Agent<br>P.O. Box 742532<br>Atlanta, GA 30374-2532 | Rite Aid<br>Attn: Officer/Managing Agent<br>P.O. Box 3165<br>Harrisburg, PA 17105-3165 | Robert Kalb<br>4300 Sunforest Court, Suite 119<br>Toledo, OH 43623 |
| Rochester Drug Cooperative, Inc.<br>Attn: Officer/Managing Agent<br>50 Jet View Drive<br>Rochester, NY 14624-4900 | Rx Sample Solutions, Inc.<br>Attn: Officer/Managing Agent<br>701 Exposition Place, Suite 206<br>Raleigh, NC 27615-3359 | Secure Submissions, Inc.<br>Attn: Officer/Managing Agent<br>P.o. Box 49612<br>Colorado Springs, CO 80949-9612 |
| Smith Drug Company<br>Attn: Officer/Managing Agent<br>P.O. Box 1779<br>Spartanburg, SC 29304-1779 | Source Healthcare Analytics, LLC<br>Attn: Officer/Managing Agent<br>P.O. Box 277158<br>Atlanta, GA 30384-7158 | Richard D Sparkman<br>Richard D. Sparkman & Assoc., P.A.<br>P.O. Drawer 1687<br>Angier, NC 27501-1687 |
| Richard Dewitte Sparkman<br>Richard D. Sparkman, P.A.<br>PO Box 1687<br>Angier, NC 27501-1687 | Steven Lutz<br>123 Trellingwood Drive<br>Morrisville, NC 27560-7034 | Synopia<br>Attn: Officer/Managing Agent<br>270 Cornerstone Drive, Suite 103<br>Cary, NC 27519-8400 |
| TW Telecom<br>Attn: Officer/Managing Agent<br>P.O. Box 172567<br>Denver, CO 80271-2567 | James J. Tancredi<br>Day Pitney LLP<br>242 Trumbull Street<br>Hartford, CT 06103-1212 | The Layfield Law Firm<br>Attn: Officer/Managing Agent<br>525 South Douglas Street, Ste 280<br>El Segundo, CA 90245-4826 |
| Trond and Wendy Waerness<br>928 Oak Creek Road<br>Raleigh, NC 27615-2245 | US Attorney<br>Suite 800, Federal Building<br>310 New Bern Avenue<br>Raleigh, NC 27601-1461 | Value Drug Company<br>Attn: Officer/Managing Agent<br>One Golf View Drive<br>Altoona, PA 16601-9398 |
| Vanguard Pharma, LLC<br>Attn: Officer/Managing Agent<br>40 Hampshire Road<br>Mahwah, NJ 07430-2561 | Vestiq Holdings, Inc.<br>11010 Lake Grove Blvd, Suite 100<br>Box 355<br>Morrisville, NC 27560-7392 | Vestiq Pharmaceuticals, Inc.<br>11010 Lake Grove Blvd, Suite 100<br>Box 355<br>Morrisville, NC 27560-7392 |
| Walgreen Company<br>Attn: Officer/Managing Agent<br>14130 Collections, WAG Finance Lock<br>Chicago, IL 60693-0001 | Windstream Communications<br>Attn: Officer/Managing Agent<br>P.O. Box 9001950<br>Louisville, KY 40290-1950 | Winn-Dixie Stores, Inc.<br>Attn: Officer/Managing Agent<br>505 Edgewood Ct.<br>Jacksonville, FL 32254-3601 |
| Wyrick Robbins Yates & Ponton, LLP<br>Attn: Officer/Managing Agent<br>4101 Lake Boone Trail, Suite 300<br>Raleigh, NC 27607-7525 | End of Label Matrix<br>Mailable recipients    84<br>Bypassed recipients     0<br>Total                  84 | |

```
Label Matrix for local noticing          Accellos, Inc.                           Ahold USA & Subsidiaries
0417-5                                   Attn:  Officer/Managing Agent            Attn:  Officer/Managing Agent
Case 14-02645-5-SWH                      625 E. North Broadway                    8301 Professional Place, Ste 115
Eastern District of North Carolina       Columbus, OH 43214-4133                  Hyattsville, MD 20785-2351
Raleigh
Tue May 13 09:16:18 EDT 2014

Alert Marketing                          AmerisourceBergen Drug Corporation       Anda Incorporated
Attn:  Officer/Managing Agent            Attn:  Officer/Managing Agent            Attn:  Officer/Managing Agent
100 Avenue of the Americas, 9th Fl.      1300 Morris Drive, Suite 100             Accounts Payable
New York, NY 10013-1678                  Wayne, PA 19087-5559                     Fort Lauderdale, FL 33331


Arnall Golden Gregory, LLP               Avaria Networks, Inc.                    BMG Pharma SRL
Attn:  Officer/Managing Agent            Attn:  Officer/Managing Agent            Attn:  Officer/Managing Agent
171 17th Street NW Suite 2100            5540 Centerview Drive, Suite 200         1312 Coral Drive
Atlanta, GA 30363-1031                   Raleigh, NC 27606-3386                   Coppell, TX 75019-3772


Bankruptcy Administrator                 Bell Canyon Consulting, LLC              Bellco Drug Co.
Two Hannover Square, Ste. 620            Attn:  Officer/Managing Agent            Attn:  Officer/Managing Agent
434 Fayetteville Street                  21461 Birdhollow Drive                   5500 New Horizons Blvd
Raleigh, NC 27601-1701                   Trabuco Canyon, CA 92679-3359            Amityville, NY 11701-1156


Burlington Drug Company                  CVS Pharmacy, Inc.                       CapVal-American Business Appraisers
Attn:  Officer/Managing Agent            Attn:  Officer/Managing Agent            Attn:  Officer/Managing Agent
91 Catamount Drive, Suite 1              One CVS Drive, MC RPM695                 6 Thackeray Place
Milton, VT 05468-3236                    Woonsocket, RI 02895-6184                Durham, NC 27707-5023


Capital Wholesale Drug Company           Cardinal Health                          CaremarkPCS Health, LLC
Attn:  Officer/Managing Agent            Attn:  Officer/Managing Agent            Attn:  Officer/Managing Agent
873 Williams Avenue                      Accounts Payable                         1950 N. Stemmons Fwy, Suite 5010
Columbus, OH 43212-3867                  Columbus, OH 43218                       Dallas, TX 75207-3199


Chenyqua Shepard                         Chesapeake Pharmaceutical Packaging      Dallas Ledlow
342 Crimson Oak Drive                    Attn:  Officer/Managing Agent            315 Homestead Drive
Durham, NC 27713-9638                    P.O. Box 910                             Cary, NC 27513-2907
                                         Hicksville, NY 11802-0910


Discount Drug Mart                       Docusource                               Dr. E. E. Cho
Attn:  Officer/Managing Agent            Attn:  Officer/Managing Agent            4198 Summer Ave., Suite 102
211 Commerce Drive                       2800 Slater Road                         Memphis, TN 38122-4004
Medina, OH 44256-1398                    Morrisville, NC 27560-8436


Dr. Robert Mittman                       EPIC Brand Group, LLC                    Elliot David Ostrove
38-21 Bell Blvd                          Attn:  Officer/Managing Agent            Day Pitney, LLP
Bayside, NY 11361-2058                   7519 Fernbridge Drive                    One Jefferson Road
                                         New Albany, OH 43054                     Parsippany, NJ 07054-2891


Food and Drug Administration             Frank W. Kerr Company                    H.D. Smith
Attn:  Officer/Managing Agent            Attn:  Officer/Managing Agent            P.O. Box 158
P.O. Box 979107                          43155 W. Nine Mile Road                  Springfield, IL 62705-0158
Saint Louis, MO 63197-9000               Novi, MI 48375-4190
```

```
H.E. Butt Grocery Company            Intelligent Technologies           John McMahon
Attn:  Officer/Managing Agent        Attn:  Officer/Managing Agent      6204 Crystal Pointe Drive
Accounts Payable                     12-C Oak Branch Drive              Louisville, KY 40299-6912
San Antonio, TX 78283                Greensboro, NC 27407-2398


Keith Searcy                         Kroger Limited Partnership         L & E Distributors, Inc.
2664 Algonquin Parkway               Attn:  Officer/Managing Agent      Attn:  Officer/Managing Agent
Toledo, OH 43606-3708                P.O. Box 305261                    182 Industrial Avenue
                                     Nashville, TN 37230-5261           Roanoke, AL 36274-7256


Steven M. Lutz                       Malvern Consulting Group           Martin Baum
123 Trellingwood Drive               Attn:  Officer/Managing Agent      6012 Farm Pond Road
Morrisville, NC 27560-7034           490 Lapp Road                      Apex, NC 27523-8214
                                     Malvern, PA 19355-1212


Masters TPL                          McKesson Drug                      Millenium Media LLC
Attn:  Officer/Managing Agent        Attn:  Officer/Managing Agent      Attn:  Officer/Managing Agent
P.O. Box 713769                      P.O. Box 4017                      3 Chaser Court
Cincinnati, OH 45271-3769            Danville, IL 61834-4017            Holmdel, NJ 07733-2933


Monosol RX, LLC                      Monosol RX, LLC                    Monosol RX, LLC
c/o Day Pitney LLP                   c/o Julie B. Pape, Esq.            Attn:  Officer/Managing Agent
242 Trumbull Street                  Womble Carlyle Sandridge & Rice, LLP  6560 Melton Road
Hartford, CT 06103-1213              One West Fourth Street             Portage, IN 46368-1234
                                     Winston-Salem, NC 27101-3846


Morris & Dickson Co., LLC            Moshir Jacob                       NC Mutual Wholesale Drug Co.
Attn:  Officer/Managing Agent        9329 Tranquil Breeze Lane          Attn:  Officer/Managing Agent
P.O. Box 51367                       Sylvania, OH 43560-9837            P.O. Box 411
Shreveport, LA 71135-1367                                               Durham, NC 27702-0411


Nathan Hill                          Neos Therapeutics, LLC             NewClients, Inc.
2850 River Road                      Attn:  Officer/Managing Agent      Attn:  Officer/Managing Agent
Maumee, OH 43537-3739                2940 N. Hwy 360, Suite 100         3900 Gaskins Road
                                     Grand Prairie, TX 75050-6424       Henrico, VA 23233-1414


Niche Pharmaceuticals, Inc.          NuroPharma, Inc.                   Cindy G. Oliver
Attn:  Officer/Managing Agent        Attn:  Officer/Managing Agent      Morris, Russell, Eagle & Worley, PLLC
580 Commerce Street, Suite 100       6380 Polaris Ave., Unit B          2235 Gateway Access Point, Suite 201
Southlake, TX 76092-9156             Las Vegas, NV 89118-3821           Raleigh, NC 27607-3076


Oncology Supply Company              Julie B. Pape                      Pharmacy Buying Association
Attn:  Officer/Managing Agent        Womble Carlyle Sandridge & Rice    Attn:  Officer/Managing Agent
2811 Horace Shepard Dr.              One West Fourth Street             1825 N.W. Vivion Road
Dothan, AL 36303-1038                Winston-Salem, NC 27101-3846       Kansas City, MO 64150-9405


Praelia Pharmaceuticals, Inc.        Premium Assignment Corp.           Publix Super Markets, Inc.
11010 Lake Grove Blvd, Suite 100     Attn:  Officer/Managing Agent      Attn:  Officer/Managing Agent
Box 355                              3522 Thomasville Road              P.O. Box 32009
Morrisville, NC 27560-7392           Tallahassee, FL 32309-3488         Lakeland, FL 33802-2009
```

| | | |
|---|---|---|
| Regulatory Compliance Initiatives<br>Attn: Officer/Managing Agent<br>P.O. Box 95651<br>Las Vegas, NV 89193-5651 | Relay Health<br>Attn: Officer/Managing Agent<br>P.O. Box 742532<br>Atlanta, GA 30374-2532 | Rite Aid<br>Attn: Officer/Managing Agent<br>P.O. Box 3165<br>Harrisburg, PA 17105-3165 |
| Robert Kalb<br>4300 Sunforest Court, Suite 119<br>Toledo, OH 43623 | Rochester Drug Cooperative, Inc.<br>Attn: Officer/Managing Agent<br>50 Jet View Drive<br>Rochester, NY 14624-4900 | Rx Sample Solutions, Inc.<br>Attn: Officer/Managing Agent<br>701 Exposition Place, Suite 206<br>Raleigh, NC 27615-3359 |
| Secure Submissions, Inc.<br>Attn: Officer/Managing Agent<br>P.o. Box 49612<br>Colorado Springs, CO 80949-9612 | Smith Drug Company<br>Attn: Officer/Managing Agent<br>P.O. Box 1779<br>Spartanburg, SC 29304-1779 | Source Healthcare Analytics, LLC<br>Attn: Officer/Managing Agent<br>P.O. Box 277158<br>Atlanta, GA 30384-7158 |
| Richard D Sparkman<br>Richard D. Sparkman & Assoc., P.A.<br>P.O. Drawer 1687<br>Angier, NC 27501-1687 | Richard Dewitte Sparkman<br>Richard D. Sparkman, P.A.<br>PO Box 1687<br>Angier, NC 27501-1687 | Steven Lutz<br>123 Trellingwood Drive<br>Morrisville, NC 27560-7034 |
| Synopia<br>Attn: Officer/Managing Agent<br>270 Cornerstone Drive, Suite 103<br>Cary, NC 27519-8400 | TW Telecom<br>Attn: Officer/Managing Agent<br>P.O. Box 172567<br>Denver, CO 80271-2567 | James J. Tancredi<br>Day Pitney LLP<br>242 Trumbull Street<br>Hartford, CT 06103-1212 |
| The Layfield Law Firm<br>Attn: Officer/Managing Agent<br>525 South Douglas Street, Ste 280<br>El Segundo, CA 90245-4826 | Trond and Wendy Waerness<br>928 Oak Creek Road<br>Raleigh, NC 27615-2245 | US Attorney<br>Suite 800, Federal Building<br>310 New Bern Avenue<br>Raleigh, NC 27601-1461 |
| Value Drug Company<br>Attn: Officer/Managing Agent<br>One Golf View Drive<br>Altoona, PA 16601-9398 | Vanguard Pharma, LLC<br>Attn: Officer/Managing Agent<br>40 Hampshire Road<br>Mahwah, NJ 07430-2561 | Vestiq Holdings, Inc.<br>11010 Lake Grove Blvd, Suite 100<br>Box 355<br>Morrisville, NC 27560-7392 |
| Walgreen Company<br>Attn: Officer/Managing Agent<br>14130 Collections, WAG Finance Lock<br>Chicago, IL 60693-0001 | Windstream Communications<br>Attn: Officer/Managing Agent<br>P.O. Box 9001950<br>Louisville, KY 40290-1950 | Winn-Dixie Stores, Inc.<br>Attn: Officer/Managing Agent<br>505 Edgewood Ct.<br>Jacksonville, FL 32254-3601 |
| Wyrick Robbins Yates & Ponton, LLP<br>Attn: Officer/Managing Agent<br>4101 Lake Boone Trail, Suite 300<br>Raleigh, NC 27607-7525 | End of Label Matrix<br>Mailable recipients    84<br>Bypassed recipients     0<br>Total                   84 | |