**VAN–117** Hearing Conference Worksheet – Rev. 10/01/2013

Date:_____  Time: _____  Place: _____

Date:_____  Time: _____  Place: _____

Date:_____  Time: _____  Place: _____

IN RE:
Vestiq Holdings, Inc.
11010 Lake Grove Blvd, Suite 100
Box 355
Morrisville, NC 27560

TaxID: 46–2001447
**Raleigh Division**

CASE NO.: 14–02407–5–SWH

DATE FILED: April 29, 2014

CHAPTER: 7

HEARING/CONFERENCE WORKSHEET

Matter to be heard:

*13* – Motion for Relief from Stay (Fee 176) filed by Julie B. Pape on behalf of Monosol RX, LLC Responses due by 05/29/2014. (Attachments: # 1 Affidavit Kendall Part 1 # 2 Affidavit Kendall Part 2 # 3 Affidavit Kendall Part 3 # 4 Affidavit Ostrove Part 1 # 5 Affidavit Ostrove Part 2 # 6 Affidavit Ostrove Part 3 # 7 Affidavit Ostrove Part 4 # 8 Affidavit Ostrove Part 5 # 9 Affidavit Ostrove Part 6) (Pape, Julie)

*35* – Response in Opposition to Motion for Relief from Stay (related document(s): 13 Motion for Relief from Stay filed by Corporate Owner Monosol RX, LLC) filed by Cindy G. Oliver on behalf of Richard Dewitte Sparkman (Oliver, Cindy)

Gerald A Jeutter Jr.
PO Box 12585
Raleigh, NC 27605–2585
919 334–6631

Richard Dewitte Sparkman
Richard D. Sparkman, P.A.
PO Box 1687
Angier, NC 27501–1687
919 639–6181

DATED: May 30, 2014

Allyson McNeill